**FILED**
April 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>            Plaintiff,                         )<br>v.                                                      )<br>                                                         )<br>JOHN FRANCIS LINDER,            )<br>                                                         )<br>            Defendant.                      ) | CASE NUMBER: 2:11-cr-00147 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Francis Linder; Case 2:11-cr-00147 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $100,000, to be replaced by a secured bond, secured by real property co-owned by defendant and Mark Whisler, within one week.

    ___   Appearance Bond with 10% Deposit

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Supervision/Conditions; third party custodian Richard Jaco.

Issued at   Sacramento, CA   on   4/14/2011   at   2:30 pm  .

By _____
Kendall J. Newman
United States Magistrate Judge