**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00147 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO COMPLETE REAL PROPERTY BOND TO SECURE DEFENDANT'S RELEASE** |
| JOHN LINDER, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michelle Prince, Assistant United States Attorney, and Defendant, JOHN LINDER, through his counsel of record, Joseph J. Wiseman, that the time for defendant to prepare and file a Property Bond to secure defendant's release be extended to **April 29, 2011.**

The parties are entering into this Stipulation on the grounds the Property Bond is now due to be file on **April 21, 2011**, but defendant needs additional time to prepare the necessary documents to complete the process of obtaining a Property Bond securing his release.

/ / / / /

---

Stipulation and Proposed Order Extending
Time to Complete Real Property Bond to Secure
Defendant's Release

Case No. MAG - 11-000147 LKK

Dated: April 21, 2011          Respectfully submitted,

                               JOSEPH J. WISEMAN, P.C.


                               By: __/s/  Joseph J. Wiseman__
                                   JOSEPH J. WISEMAN
                                   Attorney for Defendant
                                   JOHN LINDER

Dated: April 21, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               By:   __/s/ Michelle Prince__
                                   MICHELLE PRINCE, AUSA
                                   Attorney for Plaintiff
                                   UNITED STATES OF AMERICA


## ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the time for defendant to prepare and file a Property Bond securing his release is extended to **April 29, 2011.**


Dated: April  21, 2011

                       /s/ Kendall J. Newman_____
                       Kendall J. Newman
                       United States Magistrate Judge