**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
JOHN F. LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR- 11-00147 LKK |
| Plaintiff, ) | |
| vs. ) | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT 18 U.S.C. § 3161** |
| JOHN F. LINDER, ) | |
| Defendants. ) | |

Defendant, John F. Linder, by and through his attorney of record, Joseph J. Wiseman, hereby requests that the time beginning May 3, 2011, and extending through July 6, 2011, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7); Local Rule T4 (reasonable time to prepare).

/ / / / /

/ / / / /

---

Specifically, the defendant needs time to investigate this case and to arrange for a computer forensic expert to analyze the computer evidence held by the government.

Dated:   May 3, 2011	Respectfully submitted,
	JOSEPH J. WISEMAN, P.C.


	By:   /s/  Joseph J. Wiseman
	      JOSEPH J. WISEMAN
	      Attorney for Defendant
	      JOHN F. LINDER


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the time from the date of this Order to July 6, 2011, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial) and Local Rule T4 (reasonable time to prepare).

Dated: May 5, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT