**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
JOHN F. LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR- 11-00147 LKK |
| Plaintiff, | |
| vs. | **ORDER RE REQUEST FOR WAIVER OF PRESENCE** |
| JOHN F. LINDER, | |
| Defendants. | |

     Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:	May 3, 2011	____Signature on file_____
	Defendant,	JOHN F. LINDER


Approved:  May 3, 2011	By: __/s/  Joseph J. Wiseman__
	JOSEPH J. WISEMAN
	Attorney for Defendant
	JOHN F. LINDER


Dated:	May 3, 2011	Respectfully submitted,

	JOSEPH J. WISEMAN, P.C.


	By: __/s/  Joseph J. Wiseman__
	JOSEPH J. WISEMAN
	Attorney for Defendant
	JOHN F. LINDER


Dated:  May  5, 2011	I approve the above Request for Waiver of Presence.

	_____
	LAWRENCE K. KARLTON
	SENIOR JUDGE
	UNITED STATES DISTRICT COURT