```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CR. No. 2:11-CR-0147 LKK |
| Plaintiff, | ) |
|  | ) |
| v. | ) ORDER CONTINUING STATUS |
|  | ) CONFERENCE AND EXCLUDING |
| JOHN FRANCIS LINDER, | ) TIME |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

    The parties appeared before the undersigned on July 6, 2011. The defendant's request for more time due to the need for the defense to complete a forensic review of the computer seized on January 19, 2011.

    Based on the need for a complete forensic review of the computer this matter is continued for a further status conference on August 23, 2011, at 9:15 a.m.  The Court finds that the ends of justice to be served by continuing the status conference outweigh the best interests of the public and the defendant in a speedy trial.  For the foregoing reasons, it is ordered that time from the date of the July 6, 2011 status conference, to and

1

1  including, August 23, 2011, status conference shall be excluded
2  from computation of time within which the trial of this matter
3  must be commenced under the Speedy Trial Act pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: July 13, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT