**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
      **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JOHN LINDER,<br><br>                    Defendant. | Case No. CR-11-00147 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Time:  9:15 a.m.<br>Date:   October 18, 2011<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for August 23, 2011 be continued to October 18, 2011 at 9:15 a.m.

The defense of this case requires evaluation by a computer forensic expert of the computer hard drives which the government alleges contain images of child pornography. The forensic expert retrained by the defendant cannot schedule a forensic exam at the FBI office before August 23, 2011. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare, review the forensic examination, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, August 15, 2011, to and including October 18, 2011.

IT IS SO STIPULATED.

Dated:  August 15, 2011                    Respectfully submitted,

                                           WISEMAN LAW GROUP, P.C.

                                           By: /s/ Joseph J. Wiseman
                                           JOSEPH J. WISEMAN

                                           Attorney for Defendant
                                           John Linder

Dated:  August 15, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Michelle Prince
                                           MICHELLE PRINCE
                                           First Assistant U.S. Attorney
                                           Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:   530.759.0700
    Facsimile:   530.759.0800

**Attorney for Defendant**
        **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for August 23, 2011 be continued to October 18, 2011 at 9:15 a.m.

The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a speedy trial. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to October 18, 2011.

IT IS SO ORDERED.

Dated: August 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT