**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone:   530.759.0700
Facsimile:   530.759.0800

**Attorney for Defendant**
**JOHN F. LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN F. LINDER,<br><br>　　　　　　Defendant. | ) Case No. CR-11-00147 LKK<br>)<br>) **STIPULATION AND (PROPOSED)**<br>) **ORDER TO TEMPORARILY MODIFY**<br>) **CONDITIONS OF PRE-TRIAL**<br>) **RELEASE**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY STIPULATED by and between the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the conditions of Mr. Linder's pre-trial release be modified so as to allow Mr. Linder to travel to Arizona for three days over the Christmas holiday.

　　　Mr. Linder was indicted on March 31, 2011, with violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B) – transporting and possession visual depictions of minors engaged in sexually explicit conduct. He was allowed to voluntarily surrender at the arraignment on April 14, 2011.  He was released on a $100,000 bond

Stipulation and Proposed Order                                                                                    Case no. CR 11—00147 LKK
To Temporarily Modify Conditions of Pre-Trial
Release

1

secured with property. His release was conditioned on other requirements, including: supervision by a Pre-Trial Services officer; surrendering his passport; electronic monitoring; a curfew that allows him to leave his house seven hours a day (except on Saturday, which allows for six hours away from the house); restrictions on travel outside the Eastern and Northern Districts of California; a ban on consumption of alcohol; divestment of all firearms; a third-party custodian; restrictions on contact with minors and against loitering at locations primarily used by children; and electronic monitoring of his internet use, which is limited to that necessary to pursue his academic degree.

The Bail Reform Act was amended in 2006 by the Adam Walsh Act, which mandates additional conditions of release for defendants charged with certain crimes, including violations of 18 U.S.C. § 2252. The Act requires electronic monitoring of a defendant released on pre-trial release, as well as the conditions set forth in 18 U.S.C. § 3142(c)(1)(B)(iv)-(viii).

The parties stipulate and agree that certain conditions of pre-trial release should be temporarily modified to permit Mr. Linder's travel to Arizona on December 25, 2011, returning to Sacramento on December 28, 2011. The Pre-Trial Services office advises that it can exchange Mr. Linder's current electronic monitoring device, which tethers the defendant to a telephone line at his residence, with a GPS ankle bracelet, which will allow him to remain under the supervision of the Pre-Trial Services office. The Pre-Trial Services officer can switch Mr. Linder's electronic monitoring device with the GPS monitor on or about December 23, 2011. He will be switched back to the regular electronic monitoring device upon his return, no later than December 29, 2011.

Mr. Linder's travel plans have been reviewed by the Pre-Trial Services officer and she has confirmed that while in Arizona, Mr. Linder will not have access to a computer, nor will any children be present at the residence where he will be staying.

/ / / / /

/ / / / /

/ / / / /

Stipulation and Proposed Order  
To Temporarily Modify Conditions of Pre-Trial  
Release

Case no. CR 11—00147 LKK

Therefore, Mr. Linder respectfully requests that the Court temporarily modify the special conditions of pre-trial release, in particular, condition 6 (travel outside the Eastern and Northern Districts) and condition 10 (curfew and electronic monitoring), to allow him to travel for the holidays.

IT IS SO STIPULATED.

Dated:  November 16, 2011         Respectfully submitted,

                                  WISEMAN LAW GROUP, P.C.

                                  By: /s/ Joseph J. Wiseman
                                  JOSEPH J. WISEMAN

                                  Attorney for Defendant
                                  John Linder

Dated:  November 16, 2011         BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:  /s/ Michelle Prince
                                  MICHELLE PRINCE
                                  First Assistant U.S. Attorney
                                  Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
       JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| JOHN LINDER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition 6, restricting defendant to the Eastern and Northern Districts of California, is modified to permit John Linder to travel to Arizona from December 25, 2011 to December 28, 2011.

Condition 10, which requires defendant to participate in the home confinement program, including electronic monitoring, is modified to permit John Linder to be monitored by GPS ankle bracelet during the period he is traveling, from December 25, 2011 to December 28, 2011.

All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated: November 21, 2011                            /s/ Gregory G. Hollows

_____
United States Magistrate Judge

Stipulation and Proposed Order                                          Case no. CR 11—00147 LKK
To Temporarily Modify Conditions of Pre-Trial
Release