1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95616**
   **Telephone:   530.759.0700**
4  **Facsimile:    530.759.0800**

5  **Attorney for Defendant**
   **JOHN LINDER**
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9                    SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,          ) Case No. CR-11-00147 LKK
                                        )
12                                      )
                                        ) STIPULATION AND ORDER
13                        Plaintiff,    ) CONTINUING STATUS CONFERENCE
                                        )
14      v.                              )
                                        ) Time:   9:15 a.m.
15  JOHN LINDER,                        ) Date:   February 22, 2012
                                        ) Judge:  Lawrence K. Karlton
16                                      )
                          Defendant.    )
17                                      )
                                        )
18

19          IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

20  AMERICA, through undersigned counsel, Michelle Prince, Assistant United States

21  Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference

22  presently set for January 18, 2012 be continued to February 22, 2012, at 9:15 a.m.

23          The defense of this case requires evaluation by a computer forensic expert of the

24  computer hard drives which the government alleges contain images of child

25  pornography. The forensic expert retrained by the defendant has recently completed a

26  forensic exam at the FBI, but needs more time to examine some additional computer

27  files at the FBI facility. Therefore, the parties, the United States of America and the

28  defendant, hereby agree and stipulate that the ends of justice served by the granting of

1

1   such a continuance outweigh the best interests of the public and the defendant in a

2   speedy trial and that time under the Speedy Trial Act should therefore be excluded

3   under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense

4   counsel time to prepare, review the forensic examination, discuss plea agreement and

5   possible resolution with government, and analyze how best to proceed with the case)

6   from the date of the parties' stipulation, January 18, 2012, to and including February 22,

7   2012. The Court previously excluded time pursuant to Local Code T4 on November 15,

8   2011 through January 18, 2011.

9

10

11   IT IS SO STIPULATED.

12

13   Dated:  January 12, 2012                    Respectfully submitted,

14                                                              WISEMAN LAW GROUP, P.C.

15                                                              By: /s/ Joseph J. Wiseman
16                                                              JOSEPH J. WISEMAN

17                                                              Attorney for Defendant
18                                                              John Linder

19
     Dated:  January 12, 2012                    BENJAMIN B. WAGNER
20                                                              United States Attorney

21                                                              By:  /s/ Michelle Prince
22                                                              MICHELLE PRINCE
                                                                First Assistant U.S. Attorney
23                                                              Attorney for the United States

24

25

26

27

28

Stipulation and  Order to                                          Case No.  CR – 11-00147 LKK
Continue Status Conference

1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
      **1477 Drew Avenue, Suite 106**
3     **Davis, California 95616**
      **Telephone:   530.759.0700**
4     **Facsimile:    530.759.0800**

5  **Attorney for Defendant**
       **JOHN LINDER**
6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE EASTERN DISTRICT OF CALIFORNIA

9  SACRAMENTO DIVISION

10  UNITED STATES OF AMERICA,    ) Case No. CR-11-00147 LKK
11      )
        ) STIPULATION AND ORDER
12      Plaintiff,    ) CONTINUING STATUS CONFERENCE
13      v.    )
        ) Time:   9:15 a.m.
14  JOHN LINDER,    ) Date:   February 22, 2012
        ) Judge:  Lawrence K. Karlton
15      )
16      Defendant.    )
        )
17

18      GOOD CAUSE APPEARING, it is hereby ordered that the status conference

19  presently set for January 18, 2012 be continued to February 22, 2012 at 9:15 a.m.

20      The Court finds that the ends of justice warrant an exclusion of time and that the

21  defendant's need for a reasonable time for effective preparation exceeds the public

22  interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be

23  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of

24  this order to February 22, 2012.

25

26  IT IS SO ORDERED.

27  Dated:  January 17, 2012

    LAWRENCE K. KARLTON
28  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

3