JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
    **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
|             Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOHN LINDER, | Time: 9:15 a.m.<br>Date: March 20, 2012<br>Judge: Lawrence K. Karlton |
|             Defendant. | |

      IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for February 22, 2012 be continued to March 20, 2012, at 9:15 a.m.

      The defense of this case requires evaluation by a computer forensic expert of the computer hard drives which the government alleges contain images of child pornography. The forensic expert retrained by the defendant has recently completed a forensic exam at the FBI, but needs additional time to complete his report. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best

interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare, review the forensic examination, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, February 22, 2012, to and including March 20, 2012. The Court previously excluded time pursuant to Local Code T4 on January 12, 2012 through February 22, 2012.

IT IS SO STIPULATED.

Dated:  February 15, 2012          Respectfully submitted,

                                   WISEMAN LAW GROUP, P.C.

                                   By: /s/ Joseph J. Wiseman
                                   JOSEPH J. WISEMAN

                                   Attorney for Defendant
                                   John Linder

Dated:  February 15, 2012          BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:  /s/ Michelle Prince
                                   MICHELLE PRINCE
                                   First Assistant U.S. Attorney
                                   Attorney for the United States

1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
3     1477 Drew Avenue, Suite 106
      Davis, California 95616
4     Telephone:  530.759.0700
      Facsimile:  530.759.0800
5  **Attorney for Defendant**
       JOHN LINDER
6

7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9                              SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-11-00147 LKK |
| | ) |
| | ) STIPULATION AND ORDER |
| Plaintiff, | ) CONTINUING STATUS CONFERENCE |
| | ) |
| v. | ) |
| | ) Time:  9:15 a.m. |
| JOHN LINDER, | ) Date:   March 21, 2012 |
| | ) Judge:  Lawrence K. Karlton |
| Defendant. | ) |
| | ) |

    GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for February 22, 2012 be continued to March 20, 2012 at 9:15 a.m.

    The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to March 20, 2012.

IT IS SO ORDERED.

Dated:  February 16, 2012

_Lawrence K. Karlton_ (signature)
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT