**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:   530.759.0700
    Facsimile:   530.759.0800

**Attorney for Defendant**
        **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-11-00147 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | Time:  9:15 a.m. |
| JOHN LINDER, | Date:  April 10, 2012 |
| | Judge:  Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for March 20, 2012 be continued to April 10, 2012, at 9:15 a.m.

The defense of this case requires evaluation by a computer forensic expert of the computer hard drives which the government alleges contain images of child pornography. The forensic expert retrained by the defendant has recently completed a forensic exam at the FBI, however he has had to go out of state unexpectedly and will not be available to meet with the defense until late March. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of

justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare, review the forensic examination, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, March 20, 2012, to and including April 10, 2012. The Court previously excluded time pursuant to Local Code T4 on February 22, 2012 through March 20, 2012.

IT IS SO STIPULATED.

Dated:  March 12, 2012                    Respectfully submitted,

                                          WISEMAN LAW GROUP, P.C.

                                          By: /s/ Joseph J. Wiseman
                                          JOSEPH J. WISEMAN

                                          Attorney for Defendant
                                          John Linder


Dated:  March 12, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  /s/ Michelle Prince
                                          MICHELLE PRINCE
                                          First Assistant U.S. Attorney
                                          Attorney for the United States

JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

Attorney for Defendant
      JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN LINDER,<br><br>　　　　　　　　　　Defendant. | Case No. CR-11-00147 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Time:  9:15 a.m.<br>Date:  April 10, 2012<br>Judge:  Lawrence K. Karlton |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for March 20, 2012 be continued to April 10, 2012 at 9:15 a.m.

　　　I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to April 10, 2012.

IT IS SO ORDERED.

Dated: March 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT