1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No 2:11-cr-0147-LKK |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| JOHN LINDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for a status conference hearing as to Defendant John Linder on April 10, 2012, at 9:15 a.m. John Linder appeared with his counsel, Joseph Wiseman, Esq. The parties requested to continue the status conference to May 15, 2012. The purpose of the request is to allow give the parties adequate time to see if an agreed upon disposition can be reached, by way of a plea agreement. The Court ordered the status conference continued to May 15, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS HEREBY ORDERED**:

1. A status conference as to defendant Linder is set for May 15, 2012 at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 15, 2012.

IT IS SO ORDERED

Date: May 14, 2012

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT