**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
      JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR. S-11-00147 LKK |
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE |
| v. | ) |
| JOHN LINDER, | ) Time:  9:15 a.m.<br>) Date:  July 17, 2012<br>) Judge: Lawrence K. Karlton |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, that the status conference presently set for June 19, 2012 be continued to July 17, 2012, at 9:15 a.m.

   The purpose of this request is to allow defense counsel additional time to review newly provided discovery with client.  Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow

defense counsel time to review the newly provided discovery, discuss possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, June 15, 2012, to and including July 17, 2012. The Court previously excluded time pursuant to Local Code T4 on May 31, 2012 through June 19, 2012.

       IT IS SO STIPULATED.


Dated:  June 15, 2012                    Respectfully submitted,

                                         WISEMAN LAW GROUP, P.C.

                                         By: /s/ Joseph J. Wiseman
                                         JOSEPH J. WISEMAN

                                         Attorney for Defendant
                                         John Linder


Dated:  June 15, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By:  /s/ Michelle Prince
                                         MICHELLE PRINCE
                                         First Assistant U.S. Attorney
                                         Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
      JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN LINDER,<br><br>              Defendant. | Case No. CR. S-11-00147 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Time:  9:15 a.m.<br>Date:   July 17, 2012<br>Judge: Lawrence K. Karlton |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for June 19, 2012 be continued to July 17, 2012 at 9:15 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to July 17, 2012.

IT IS SO ORDERED.

Dated: June 18, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT