1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    CASE NO.2:11-CR-0147 LKK
11                                   )
                      Plaintiff,     )    STIPULATION AND ORDER
12                                   )    CONTINUING STATUS CONFERENCE
   v.                                )
13                                   )
                                     )
14 JOHN LINDER,                      )
                      Defendant.     )
15                                   )
                                     )
16 _____ )

17      This matter came before the Court for a status conference as to

18 Defendant John Linder on July 16, 2012, at 9:15 a.m.  John Linder

19 appeared with his counsel, Joseph Wiseman, Esq. The parties requested

20 the following dates: a status conference hearing on October 2, 2012,

21 a jury trial date of March 12, 2013, and a trial confirmation hearing

22 date of February 26, 2013.   The purpose of the request is to give

23 the parties adequate time to prepare for jury trial and also to allow

24 the parties time to reach an agreed upon disposition before

25 proceeding to trial.   The Court ordered the status conference

26 continued to October 2, 2012, at 9:15 a.m., a jury trial date of

27 March 12, 2013 and a trial confirmation hearing of February 26, 2013.

28 The Court further ordered that time be excluded under 18 U.S.C.

                                     1

§ 3161(h)(7)(B)(iv); Local Code T4.


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Date: July 27, 2012      By:   /s/Michelle A. Prince
                               MICHELLE A. PRINCE
                               Assistant United States Attorney

**IT IS HEREBY ORDERED**:

     1.   A status conference as to defendant Linder is set for

October 2, 2012 at 9:15 a.m.

     2.   A jury trial date is set for March 12, 2013, and the trial

confirmation hearing is set for February 26, 2013.

     3.   Based on the parties' representations, the Court finds that

the ends of justice outweigh the best interest of the public and

Defendant in a speedy trial.  Accordingly, time under the Speedy

Trial Act shall be excluded through March 12, 2013.


     IT IS SO ORDERED


Date: July 30, 2012

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT