```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>JOHN LINDER,  )<br>  )<br>            Defendant.  )<br>  )<br>_____ ) | Case. No 2:11-cr-0147-LKK<br><br>STIPULATION AND PROPOSED<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: October 2, 2012<br>Time: 9:15 a.m.<br>Hon. Lawrence K. Karlton |

It is hereby stipulated, by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant John Linder, by and through his counsel, Joseph J. Wiseman, that time be excluded from the status date of October 2, 2012, to the newly set status conference currently set for October 16, 2012.

The government has provided the defendant with a plea agreement. Attorneys for the defendant have requested more time to meet with the defendant to resolve the outstanding issues in this case. In addition, the defense needs to consult with the defendant in order to resolve the case by way of the government's plea agreement or by open plea. Therefore, the parties, the United States of America and the defendant,

hereby agree and stipulate that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial, and that time under the Speedy trial Act should therefore be excluded under Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv) and Local Code T-4 from the date of the parties' stipulation, October 2, 2012 to and including October 16, 2012.

DATED: October 12, 2012                BENJAMIN B. WAGNER
                                       United States Attorney


                                  By:/s/ Michelle A. Prince
                                     Michelle A. Prince
                                     Assistant U.S. Attorney


     The above stipulation of counsel is accepted.

     IT IS SO ORDERED.

Dated: October 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT