**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN LINDER,<br><br>          Defendant. | Case No. CR-11-00147 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Time:  9:15 a.m.<br>Date:   October 23, 2012<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for Defendant John Linder, that the status conference presently set for October 16, 2012 be continued to October 23, 2012, at 9:15 a.m.

Defendant Linder intends to enter a Change of Plea on October 23, 2012, and the parties are entering into this Stipulation to provide Defendant Linder and his counsel additional time to prepare for the Change of Plea. Therefore, the parties, the United States of America and the defendant, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public

1  and the defendant in a speedy trial and that time under the Speedy Trial Act should
2  therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4
3  (to allow defense counsel time to prepare for the Change of Plea from the effective date
4  of the parties' Stipulation to and including October 23, 2012. The Court previously
5  excluded time pursuant to Local Code T4.

7  IT IS SO STIPULATED.

9  Dated:  October 12, 2012                     Respectfully submitted,

10                                                              WISEMAN LAW GROUP, P.C.

11                                                              By: /s/ Joseph J. Wiseman
12                                                              JOSEPH J. WISEMAN

13                                                              Attorney for Defendant
14                                                              John Linder

16  Dated:  October 12, 2012                     BENJAMIN B. WAGNER
                                                                United States Attorney

17
                                                                By:  /s/ Michelle Prince
18                                                              MICHELLE PRINCE
                                                                First Assistant U.S. Attorney
19                                                              Attorney for the United States

1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
3     1477 Drew Avenue, Suite 106
      Davis, California 95616
4     Telephone:  530.759.0700
      Facsimile:   530.759.0800

5  **Attorney for Defendant**
   **JOHN LINDER**
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9                              SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
|  | |
|  | STIPULATION AND ORDER |
| Plaintiff, | CONTINUING STATUS CONFERENCE |
|  | |
| v. | |
|  | Time:  9:15 a.m. |
| JOHN LINDER, | Date:   October 23, 2012 |
|  | Judge:  Lawrence K. Karlton |
| Defendant. | |

   GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for October 16, 2012 be continued to October 23, 2012 at 9:15 a.m.

   The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to October 23, 2012.

   IT IS SO ORDERED.

Dated:  October 15, 2012

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT