**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
      JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | Time:  9:15 a.m. |
| JOHN LINDER, | Date:   February 12, 2013 |
| | Judge:  Lawrence K. Karlton |
| Defendant. | |

   IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michelle Prince, Assistant United States Attorney, and Joseph J. Wiseman, attorney for John Linder, and without objection from the Probation Department, that the sentencing presently set for January 15, 2013, be rescheduled to February 12, 2013, at 9:15 a.m.

   Specifically, counsel and the probation officer need additional time to prepare for sentencing due to travel conflicts over the upcoming holidays.

   The parties requests the Court adopt the following schedule pertaining to Sentencing:

   **Judgment and Sentencing date:**                              **2/12/13**

1

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 2/5/13 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/29/13 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/22/13 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/15/13 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 1/2/13 |

IT IS SO STIPULATED.

Dated:  December 5, 2012          Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
John Linder

Dated:  December 5, 2012          BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michelle Prince
MICHELLE PRINCE
First Assistant U.S. Attorney
Attorney for the United States

JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone:   530.759.0700
Facsimile:    530.759.0800

Attorney for Defendant
    JOHN LINDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-11-00147 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE SENTENCING |
| v. | ) |
| JOHN LINDER, | ) Time:  9:15 a.m. ) Date:   February 12, 2013 ) Judge:  Lawrence K. Karlton |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of JOHN LINDER, presently set for January 15, 2013, be continued to February 12, 2013, at 9:15 a.m. The court hereby adopts the sentencing schedule as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated:  December 6, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT