1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
     1477 Drew Avenue, Suite 106
3    Davis, California 95616
     Telephone:   530.759.0700
4    Facsimile:   530.759.0800

5  **Attorney for Defendant**
   **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147 LKK |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO EXCLUDE TIME |
| v. | Time:  9:15 a.m. |
| JOHN LINDER, | Date:  February 12, 2013 |
| | Judge: Lawrence K. Karlton |
| Defendant. | |

On December 7, 2012, the parties stipulated to rescheduling the sentencing related to defendant's plea of guilty to Count 2 to February 12, 2013, at 9:15 a.m. The parties submitted a proposed Order, which the Court signed on December 12, 2012. On January 10, 2013, at the request of Probation, the sentencing was continued to March 5, 2013.

Based on the fact that Count 1 of the indictment is still pending, IT IS HEREBY STIPULATED by the parties, THE UNITED STATES OF AMERICA, through undersigned counsel Michelle Prince, Assistant United States Attorney, and JOHN LINDER, by and through undersigned counsel Joseph J. Wiseman, that time related to Count 1 be excluded from January 15, 2013 to March 5, 2013.

The parties, the United States of America and the defendant, agree and stipulate that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 from January 15, 2013, to and including March 5, 2013. IT IS SO STIPULATED.

Dated:  January 11, 2013            Respectfully submitted,

                                    WISEMAN LAW GROUP, P.C.

                                    By: /s/ Joseph J. Wiseman
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant
                                    John Linder

Dated:  January 11, 2013            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Michelle Prince
                                    MICHELLE PRINCE
                                    First Assistant U.S. Attorney
                                    Attorney for the United States

1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
       1477 Drew Avenue, Suite 106
3      Davis, California 95616
       Telephone:   530.759.0700
4      Facsimile:   530.759.0800

5  **Attorney for Defendant**
   **JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-11-00147 LKK |
| | ) |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER<br>) TO EXCLUDE TIME |
| v. | ) |
| JOHN LINDER, | ) Time:   9:15 a.m.<br>) Date:    February 12, 2013<br>) Judge:  Lawrence K. Karlton |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that time related to Count 1 of the indictment be excluded from January 15, 2013 to March 5, 2013.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. THEREFORE IT IS ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to February 12, 2013. IT IS SO ORDERED.

Dated:  January 15, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Amended Stipulation and Order                                           Case No.  CR – 11-00147 LKK