BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-147 LKK |
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND PROPOSED ORDER |
| v. | |
| JOHN FRANCIS LINDER, | |
| Defendant. | |

MOTION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing solely Count One of the Indictment against Defendant, in the interests of justice.

Dated: March 11, 2013              BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ S. Robert Tice-Raskin for
                                   MICHELLE A. PRINCE
                                   Assistant United States Attorney

1

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE A. PRINCE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-147 LKK |
|---|---|
| Plaintiff, | ORDER RE MOTION TO DISMISS INDICTMENT |
| v. | |
| JOHN FRANCIS LINDER, | |
| Defendant. | |

**ORDER**

Count One of the indictment solely is ORDERED dismissed.

DATED: March 11, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2