JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**JOHN LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>JOHN LINDER,   )<br>)<br>Defendant.   )<br>) | Case No. CR-11-00147 LKK<br><br>**APPLICATION FOR ORDER**<br>**EXONERATING BAIL [**~~PROPOSED~~**] and**<br>**ORDER** |

Defendant, JOHN LINDER, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in this case. Defendant is making this application on the ground that his bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title. Defendant is

///

///

///

///

1

Application for Order Exonerating Bail                                           Case no. CR 11—00147 LKK
And [Proposed Order]

currently in custody serving his 30-month prison sentence imposed by the court.

Dated: January 13, 2014                           Respectfully submitted,

                                                  WISEMAN LAW GROUP, P.C.


                                                  By: __/s/Joseph J. Wiseman_____
                                                       JOSEPH J. WISEMAN
                                                       Attorney for Defendant
                                                       JOHN LINDER


**ORDER**

   GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: January 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Application for Order Exonerating Bail                                    Case no. CR 11—00147 LKK
And [Proposed Order]