UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00147-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE** |
| JOHN LINDER, | |
| Defendant. | |
| _____/ | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JOHN LINDER in case number 2:11-cr-00147-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:   Upon granting of the defense Motion for Reconsideration of the Magistrate Judge's Ruling of Detention (ECF No. 111).   The Defendant was ordered to be release forthwith with the imposition of the terms of supervised release as stated on the record. |

Issued at Sacramento, California on March 15, 2018, at 1:34 p.m.

DATED:   March 15, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE