**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW CORPORATION**
   2810 5th Street
   Davis, California 95618
   Telephone:  530.759.0700
   jjwiseman@wisemanlawcorp.com

**Attorney for Defendant**
**JOHN F. LINDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00147-MCE |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| JOHN F. LINDER, | |
| Defendant. | |

    On June 14, 2018, in open court, Defendant JOHN LINDER made an oral motion to modify his release status from home incarceration to home detention. The government was ordered to file any objections thereto on or before June 21, 2018. Having received and considered the government's Statement of Non-Opposition, and for good cause having been shown, Defendant's motion is hereby **GRANTED**.

    IT IS SO ORDERED.

Dated: July 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE