Exhibit 1

ATTN: USPO   MR. PREAP

PLEASE PRINT NAME OF YOUR
ASSIGNED OFFICER ON ENVELOPE

## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH  JULY , 2015

NAME: JOHN LINAER        COURT NAME (IF DIFFERENT):

### PART A: RESIDENCE (IF NEW ADDRESS, ATTACH COPY OF LEASE/PURCHASE AGREEMENT.)

STREET ADDRESS, APT NUMBER:  ☒ OWN OR ☐ RENT
1320  25TH  ST.

CITY, STATE, ZIP CODE:
SACRAMENTO, CA  95816

MAILING ADDRESS (IF DIFFERENT):   E-MAIL ADDRESS
SAME              N/A

HOME PHONE:          CELLULAR PHONE:          PAGER:
916-444-5604      916-765-5484          N/A

PERSONS LIVING WITH YOU:   NONE

DID YOU MOVE DURING THIS MONTH? ☐ YES ☒ NO  IF YES, DATE MOVED: _____

REASON FOR MOVING:

### PART B: EMPLOYMENT (IF UNEMPLOYED, LIST SOURCE OF SUPPORT UNDER PART D.)

COMPANY:                          OCCUPATION:
ADDRESS:      N/A
COUNTY:            ZIP:            YOUR JOB TITLE:
                                  SPECIAL SKILLS:   N/A
START DATE:          END DATE:     REASON FOR LEAVING:
REGULAR WORK HOURS (E.G., 7 A.M. TO 3 P.M.; 8 A.M. TO 5 P.M., ETC.):   CAN RETURN TO JOB?
STATUS: ☐ FULL TIME ☐ PART TIME ☐ SELF-EMPLOYED  HOURS PER WEEK:   SUPERVISOR:
SALARY: $                          TITLE:
                                  PHONE: _____ FAX: _____ PAGER: _____
SALARY TYPE (HOW OFTEN PAID):     EMPLOYER KNOWS ABOUT CONVICTION:     ☐ YES ☐ NO
☐ DAILY ☐ WEEKLY ☐ BI-MONTHLY ☐ MONTHLY ☐ OTHER   EMPLOYER CAN BE CONTACTED:   ☐ YES ☐ NO

### PART C: VEHICLES (LIST ALL VEHICLES OWNED OR DRIVEN BY YOU.)

1. YEAR/MAKE/MODEL/COLOR:
2004/HYUN/XG350L/GRY     MILEAGE: 11,400    TAG NUMBER: 5LSP414    OWNER: SELF
                                           VEHICLE I.D.#: KMHFU45E84A361863
2. YEAR/MAKE/MODEL/COLOR:  N/A    MILEAGE:    TAG NUMBER:    OWNER:
                                              VEHICLE I.D. #:

### PART D: MONTHLY FINANCIAL STATEMENT

NET EARNINGS FROM EMPLOYMENT:  2654.17
(ATTACH PROOF OF EARNINGS)

OTHER CASH INFLOWS:  N/A
PROFIT ONLY AVERAGE TO BE PRINTED
FROM ON-LINE

TOTAL MONTHLY CASH INFLOWS:  2654.17
TOTAL MONTHLY CASH OUTFLOWS:  VARIABLE

DO YOU RENT OR HAVE ACCESS TO:  A STORAGE SPACE? ☐ YES ☒ NO
A POST OFFICE BOX? ☒ YES ☐ NO   A SAFE DEPOSIT BOX? ☐ YES ☒ NO
NAME AND ADDRESS OF LOCATION:   BOX NO. OR SPACE
ALHAMBRA USPS                   16313

DO YOU HAVE CHECKING ACCOUNT(S)? ☒ YES ☐ NO
BANK NAME: GOLDEN 1 C.U.
ACCOUNT NO.: 818367    BALANCE: 2000+

DO YOU HAVE SAVINGS ACCOUNT(S)? ☒ YES ☐ NO
BANK NAME: GOLDEN 1 C.U.
ACCOUNT NO.: 818367    BALANCE: 25,000
(ATTACH A COMPLETE LISTING OF ALL OTHER FINANCIAL ACCOUNT INFORMATION IF YOU
HAVE MULTIPLE ACCOUNTS.)

DOES YOUR SPOUSE, SIGNIFICANT OTHER, OR DEPENDENT HAVE A CHECKING OR SAVINGS
ACCOUNT THAT YOU ENJOY THE BENEFITS OF OR MAKE OCCASIONAL CONTRIBUTIONS
TOWARD?
BANK NAME: N/A                    ☐ YES ☐ NO
ACCOUNT NO.: _____   BALANCE: _____

LIST ALL EXPENDITURES OVER $500 (INCLUDING E.G., GOODS, SERVICES, OR GAMBLING LOSSES)

| DATE | AMOUNT | METHOD OF PAYMENT | DESCRIPTION OF ITEM |
|---|---|---|---|
| 7-17-2015 | 861.64 | CK | FINANCIAL SVC MGMT |
| 7-13-2015 | 2,900.00 | CK | AUTO PURCHASE |

Rev. 06/2015
MSR - MSR (PROBFORM) 06/2015

## POOR COMPLIANCE WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH

WERE YOU QUESTIONED BY ANY LAW ENFORCEMENT OFFICER?
☐ YES ☒ NO

IF YES, DATE: _____

AGENCY: _____

REASON: _____

WERE ANY PENDING CHARGES DISPOSED OF DURING THE MONTH?
☐ YES ☒ NO

IF YES, DATE: _____

COURT: _____

DISPOSITION: _____

DO YOU HAVE ANY CONTACT WITH ANYONE HAVING A CRIMINAL RECORD?
☒ YES ☐ NO

IF YES, WHOM? GARY, AT CHURCH

DID YOU POSSESS OR USE ANY ILLEGAL DRUGS?
☐ YES ☒ NO

IF YES, TYPE OF DRUG: _____

DO YOU HAVE A SPECIAL ASSESSMENT, RESTITUTION, OR FINE? ☐ YES ☒ NO   IF YES, LIST AMOUNT PAID DURING THE MONTH:

SPECIAL ASSESSMENT: _____   RESTITUTION: _____   FINE: _____

**NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY**

DO YOU HAVE COMMUNITY SERVICE WORK TO PERFORM?
☐ YES ☒ NO

NUMBER OF HOURS COMPLETED THIS MONTH: _____

NUMBER OF HOURS MISSED: _____

BALANCE OF HOURS REMAINING: _____

WERE YOU ARRESTED OR WARNED BY LAW ENFORCEMENT IN ANY CAPACITY?
☐ YES ☒ NO

IF YES, WHEN AND WHERE: _____

CHARGES: _____

DISPOSITION: _____

*(ATTACH COPY OF CITATION, RECEIPT, CHARGES, DISPOSITION, ETC.)*

WAS ANYONE IN YOUR HOUSEHOLD ARRESTED OR QUESTIONED BY LAW ENFORCEMENT?
☐ YES ☒ NO

IF YES, WHOM? _____

REASON: _____

DISPOSITION: _____

DO YOU POSSESS OR HAVE ACCESS TO A FIREARM?
☐ YES ☒ NO

IF YES, WHY? _____

DID YOU TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION?
☐ YES ☒ NO

IF YES, WHEN AND WHERE? _____

DO YOU HAVE DRUG, ALCOHOL, OR MENTAL HEALTH AFTERCARE?
☒ YES ☐ NO

IF YES, DID YOU MISS ANY SESSIONS DURING THIS MONTH?
☐ YES ☒ NO

DID YOU FAIL TO RESPOND TO PHONE RECORDER INSTRUCTIONS?
☐ YES ☒ NO

IF YES, WHY? HAS NOT STARTED YET

**WARNING: ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.**

*(18 U.S.C. § 1001)*

RECEIVED:
☐ MAIL  ☐ OFFICE CONTACT (OC)
☐ HOME CONTACT (HC)  ☐ COMMUNITY CONTACT (CC)

REMARKS:

_____
U.S. PROBATION OFFICER          DATE

**I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.**

SIGNATURE _____ DATE 8/2/2015

CHECK BOX IF ADDITIONAL FORMS ARE NEEDED:
☐ MONTHLY SUPERVISION FORM
☐ TRAVEL APPLICATION FORM
☐ PAYMENT COUPON

RETURN FORM TO:
RONNIE PREAP, USPO
UNITED STATES PROBATION OFFICE
501 I STREET, SUITE 2500
SACRAMENTO, CALIFORNIA 95814

FORMS AVAILABLE AT WWW.CAEP.USCOURTS.GOV

Rev. 06/2015
MSR - MSR (PROB8) (ED_CA).DOTX

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**ATTN: USPO**    RP

**NAME:**    John Francis Linder          **MONTH OF:**    JULY 2015

| | | | |
|---|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable? <br><br> Last time you reported to the SO registration authority: <br> Location:   7/2015      NORTH 10th ST., SALTO. | ☒ | YES |
| | | ☐ | NO |
| | | ☐ | NA |
| 2 | Have you slept anywhere other than your reported residence? <br><br> If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances: <br><br> W/ MY ADOPTED BROTHER, WHO LIVES ALONE AT 919 MOWRY, #67, FREEMONT, CA. 94536. HE IS 57 YEARS OLD. ONE NIGHT ONLY, JULY 25, 2015. | ☒ | YES |
| | | ☐ | NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☐ | YES |
| | | ☒ | NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider? <br><br> If yes, provide dates and names: | ☐ | YES |
| | | ☒ | NO |
| 5 | Have you consumed any alcohol? | ☒ | YES |
| | | ☐ | NO |

REV. 04/2014 <br> MSR ~ SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:**  John Francis Linder                **MONTH OF:**  _July, 2015_

| 12 | Have you entered into our maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES ☒ NO |
|---|---|---|

If yes, please list this person's name and date of birth?  *N/A*

Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded?  *N/A*

Does the person have children?  *N/A*          ☐ YES  ☐ NO

If yes, do those children have contact with this person?  *N/A*          ☐ YES  ☐ NO

| 13 | Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report. |
|---|---|

- ○ I have had NO sexual thoughts or interests
- ○ I seldom had any sexual thoughts or interests
- ● I often had sexual thoughts, but I manage them adequately
- ○ I have had sexual thoughts that sometimes interfere with getting things done
- ○ I have been thinking about sex too much and I need to get it under control
- ○ I have been thinking about sex constantly and I need help to regain control

| 14 | What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom? |
|---|---|

MULTIPLE DINNERS W/ FRIENDS (WENDALL, KEN, ANNIE, ARMANDO, TOM, ALEX + MARY ANN, HENRI, GUSTAVIA)
MULTIPLE CONCERTS W/ FRIENDS (GUS AND ANNIE, ARMANDO, MARY BETH, ELLEN, TOM, DICK)
WENT TO A PLAY AT BERKELEY REPERTORY THEATRE. (TOM)
WENT TO MUSIC CIRCUS (WENDALL) FOR 'BYE BYE BIRDIE'
HAS LONG VISITS WITH OUT-OF-TOWN FRIENDS
SPEN + NANCY, AND JEMMA-MARIE + LUTHER.
PAINTING SUN PORCH. WENT TO MASS X5.
WALKED W/ FRIEND ARNOLD @ 15 DAYS.

CA-E Form – US Probation Office

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
# FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:**  John Francis Linder          **MONTH OF:**  _July 2015_

| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? | ☐ YES |
|---|---|---|
| | | ☒ NO |
| | If yes, list your user names and passwords for these accounts: | |
| | My one e-mail acct. is monitored by a friend. I don't have the password for the acct. I think the address is Jlinder @ gmail.sm.th.esm, but am not sure. | |

| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? P.O.A. for financial mgmt any as notes above. | ☒ YES |
|---|---|---|
| | | ☐ NO |

| 8 | Do you have internet access at your employment? Name of Supervisor:          N/A Phone: | ☐ YES |
|---|---|---|
| | | ☐ NO |

| 9 | Have you viewed any pornography? | ☒ YES |
|---|---|---|
| | | ☐ NO |

| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related telephone services? | ☒ YES |
|---|---|---|
| | | ☐ NO |

| 11 | Have you taken any medication since your last monthly report? | ☒ YES |
|---|---|---|
| | | ☐ NO |
| | If yes, please provide name of medication, prescribing physician, reason for taking: Wellbutrin, 200 mg BID, Dr. Tepper, Depression. Elavil, 30-40 mg QHS, Dr. Tepper, Insomnia. Omeprazol 20mg, QHS, Dr. Tepper, G.I.R.D. (reflux) Aspirin, 81 mg, QA, Dr. Tepper, stroke/heart attack prophelaxs. Metformin, 500 mg BID, Dr. Tepper, blood sugar mgmt. (prescribed not started yet | |

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder          **MONTH OF:** July 2015

| 15 | Who are the important people in your life?  List: |
|----|----------------------------------------------------|
|    | FAMILY (SIBLINGS): TOM, ANNE (+ GREG), CATHY (+ MIKE), HENRY. NEPHEWS BRAD + MICHAEL (BOTH ADULTS) FRIENDS: KEN + WENDELL, GUS + ARNIE, DICK, ARMANDO + JEFF, ANNE, SID + PATRICE, PAT, MARY BETH, SAUL, HENRY, TOM, JEANNE-MARIE + LUTHER, STAN + NANCY, SUE + LESLIE, KEITH + P.J., PASTOR KEN, ROSIE, ELLEN (+ STAN), MICHAEL, BRUCE, GUS' AUNT VERONICA, DALE + MARGE, DAVIS + LAURIE. |

## WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

**SIGNATURE:**

_____          DATE: 8/2/2015
Completed by (Defendant/Offender)

Reviewed by:

_____          DATE: _____
(USPSO or USPO)

REV. 04/2014
MSR ~ SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

(ED/CA)

**UNITED STATES DISTRICT COURT**
**FEDERAL PROBATION SYSTEM**

## SEX OFFENDER QUESTIONNAIRE

| NAME: John Francis Linder | DATE: 8/2/2015 |
|---|---|

| | | | |
|---|---|---|---|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ○ Yes | ☒ No |
| 2. | Has someone else accessed the Internet on your behalf? <br> If yes, for what purpose? *(state purpose in space below)* | ☒ Yes | ○ No |

A) TO MANAGE MY FINANCES (MY P.O.A. FOR FINANCES)
B) TO MONITOR MY E-MAIL ACCOUNT, WHICH SHE HAS DONE DURING MY ABSENCE.

| | | | |
|---|---|---|---|
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ○ Yes | ☒ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ○ Yes | ☒ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ☒ Yes | ○ No |
| 6. | Have you frequented places where children congregate? | ○ Yes | ☒ No |
| 7. | Have you viewed pornography during your supervision term? | ☒ Yes | ○ No |
| 8. | Have you entered into a significant relationship during your supervision term? <br> If yes, please answer questions 8a through 8c. | ○ Yes | ☒ No |
| 8a. | Does your significant other have children? <br> If yes, answer 8b.　　　N/A | ○ Yes | ○ No |
| 8b. | Do the children reside with your significant other?　　N/A | ○ Yes | ○ No |
| 8c. | Does your significant other have access to the Internet?　N/A | ○ Yes | ○ No |
| 8d. | Is your significant other aware of your conviction?　　N/A | ○ Yes | ○ No |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address?　　N/A | ○ Yes | ○ No |
| 10. | If applicable, have you paid your monthly computer monitoring fees?　N/A | ○ Yes | ○ No |

M.D. R. PREAP

ADDENDA TO ACCOMPANY
JULY 2015 REPORTS.

8/2/2015

MONTHLY SUPERVISION REPORT:
   PART D. - ARE RETIREMENT + INVESTMENT
ACCOUNTS ALSO REQUIRED TO BE
ITEMIZED? IF SO, I AM LISTING
LOCATIONS OF ACCOUNTS — BUT WITHOUT
ACCESS TO THE INTERNET I DON'T HAVE
READY ACCESS TO ACCOUNT NUMBERS.
        FIDELITY FINANCIAL SERVICES  388,000≈
        AMERIPRISE  44,000≈
        I.N.G. FINANCIAL  11,000≈
        EDWARD JONES  7000≈

   ALSO, RE: MONTHLY EXPENSES, THAT NUMBER
IS GOING TO BE VOLATILE FOR A FEW
MORE MONTHS, SEEING WHAT UTILITIES
WILL RUN, BUYING SOME DURABLE GOODS
(MATTRESSES, CAR, T.V.)

   PART E. - STILL WORKING ON GETTING
        GARY AT CHURCH'S LAST NAME.

SUPPLEMENTAL MONTHLY SUPV. REPORT

   #2. REPORTED SLEEPOVER W/ MY BROTHER
       TO YOU PRIOR TO OCCURRENCE BY
       PHONE, PER YOUR INSTRUCTIONS

   #5. I AM ALLOWED MODERATE ALCOHOL
       CONSUMPTION PER TERMS + CONDITIONS.

JOHN CHIAPPA
ASSAULT: JULY 2015                                    ②

#3 #: I AM CONFUSED. TERMS + CONDITIONS AND SEX OFFENSE QUESTIONNAIRE SPECIFY <u>UNDER 18</u> OR A "MINOR", THIS FORM IS "18 OR UNDER". WHY ARE THESE DIFFERENT THAN THE TERMS + CONDITIONS?

#6: AS NOTED, I HAVE A FRIEND MONITORING MY ONE E-MAIL ACCT. UNTIL I HAVE INTERNET ACCESS, ACCOUNT INFO IS OUTSIDE MY REACH + CONTROL.

#7: I HAVE <u>NOT</u> HAD ANY UNAUTHORIZED ACCESS TO INTERNET. AS NOTED, I HAVE ONE PERSON CONTINUING TO MONITOR MY E-MAIL AND MY POWER-OF-ATTORNEY CONTINUING TO MANAGE MY FINANCES ON-LINE, PENDING A DETERMINATION ABOUT ACCESS FOR ME.

#9: PER TERMS + CONDITIONS I AM ALLOWED ACCESS TO ADULT PORNOGRAPHY.

#10: I STOPPED IN AT AN ADULT VIDEO/ BOOKSTORE TO PURCHASE LUBRICANT. I HAVE ALSO USED AN ADULT GAY PHONE SERVICE.

<u>SEX OFFENSE QUESTIONNAIRE</u>

#2 — AS EXPLAINED IN #7 ABOVE.

JOHN L.
ASSANGE    TO   JULY 2015

(3)

#5: AS EXPLAINED IN #10 ABOVE

#7: AS EXPLAINED IN #9 ABOVE.

August 2, 2015.



August 03, 2015 09:40                    **Page: 1**
Receipt #: 2039198022
VISA #: XXXXXXXXXXXX0791
2015/08/03 09:33

| Qty | Description | Amount |
|-----|-------------|--------|
| 10 | ES B&W S/S White 8.5 x11 | 1.10 |

|  | SubTotal | 1.10 |
|--|----------|------|
|  | Taxes | 0.09 |
|  | Total | 1.19 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

3100 Folsom Blvd
Sacramento,CA 95816
916-456-1423
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt