Exhibit 2

## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH August, 2015

| NAME: John Linauz | DOB: 5/26/1954 | COURT NAME (IF DIFFERENT): N/A |
|---|---|---|

### PART A: RESIDENCE (IF NEW ADDRESS, ATTACH COPY OF LEASE/PURCHASE AGREEMENT.)

| STREET ADDRESS, APT NUMBER: [X] Own or [ ] Rent 1320 25th St. | HOME PHONE: 916 444 5604    CELLULAR PHONE: 916 765 5484    PAGER: NONE |
|---|---|
| CITY, STATE, ZIP CODE: Sacramento CA 95816 | PERSONS LIVING WITH YOU: None |
| MAILING ADDRESS (IF DIFFERENT): SAME    E-MAIL ADDRESS: ?? JLinauz @ Gmail, Sau 74.Eng | DID YOU MOVE DURING THE MONTH? [ ] YES [X] NO If YES, DATE MOVED: ___ REASON FOR MOVING: N/A |

### PART B: EMPLOYMENT (IF UNEMPLOYED, LIST SOURCE OF SUPPORT UNDER PART D.)

| COMPANY: | OCCUPATION: |
|---|---|
| STREET ADDRESS, SUITE, NUMBER: | YOUR JOB TITLE: |
| CITY, STATE, ZIP CODE: | SPECIAL SKILLS: |
| COUNTY: | REASON FOR LEAVING: |
| START DATE:    END DATE: | CAN RETURN TO JOB? |
| REGULAR WORK HOURS (E.G., 7 A.M. TO 3 P.M.; 8 A.M. TO 5 P.M., ETC.): | SUPERVISOR: |
| STATUS: [ ] FULL TIME [ ] PART TIME [ ] SELF-EMPLOYED    HOURS PER WEEK: | TITLE: |
| SALARY: $ | PHONE:    FAX:    PAGER: |
| SALARY TYPE (HOW OFTEN PAID?): [ ] DAILY [ ] WEEKLY [ ] BI-MONTHLY [ ] MONTHLY [ ] OTHER | EMPLOYER KNOWS ABOUT CONVICTION: [ ] YES [ ] NO    EMPLOYER CAN BE CONTACTED: [ ] YES [ ] NO |

### PART C: VEHICLES (LIST ALL VEHICLES OWNED OR DRIVEN BY YOU.)

| 1. YEAR/MAKE/MODEL/COLOR: 2004/Hyundai/GX350L/Grey | MILEAGE: 11900 | TAG NUMBER: 5GSA4/4    OWNER: Self    VEHICLE I.D. #: KMHFU45E94A361863 |
|---|---|---|
| 2. YEAR/MAKE/MODEL/COLOR: N/A | MILEAGE: N/A | TAG NUMBER: N/A    OWNER:    VEHICLE I.D. #: |

### PART D: MONTHLY FINANCIAL STATEMENT

| NET EARNINGS FROM EMPLOYMENT: (ATTACH PROOF OF EARNINGS) 2650.00 +/- | DO YOU RENT OR HAVE ACCESS TO: A STORAGE SPACE? [ ] YES [X] NO |
|---|---|
| OTHER CASH INFLOWS: N/A | A POST OFFICE BOX? [X] YES [ ] NO    A SAFE DEPOSIT BOX? [ ] YES [X] NO |
| | NAME AND ADDRESS OF LOCATION:    BOX NO. OR SPACE |
| TOTAL MONTHLY CASH INFLOWS: 2650.00 +/- | Alhambra USPS    163313 |
| TOTAL MONTHLY CASH OUTFLOWS: VARIABLE | |

| DO YOU HAVE CHECKING ACCOUNT(S)? [X] YES [ ] NO    BANK NAME: Golden 1 CU    ACCOUNT NO.: 813302    BALANCE: 2,000 +/- | DOES YOUR SPOUSE, SIGNIFICANT OTHER, OR DEPENDENT HAVE A CHECKING OR SAVINGS ACCOUNT THAT YOU ENJOY THE BENEFITS OF OR MAKE OCCASIONAL CONTRIBUTIONS TOWARD? [ ] YES [ ] NO |
|---|---|
| DO YOU HAVE SAVINGS ACCOUNT(S)? [X] YES [ ] NO    BANK NAME: Same    ACCOUNT NO.: Same    BALANCE: 21,000 +/-    (ATTACH A COMPLETE LISTING OF ALL OTHER FINANCIAL ACCOUNT INFORMATION IF YOU HAVE MULTIPLE ACCOUNTS.) | N/A    BANK NAME: ___    ACCOUNT NO.: ___    BALANCE: ___ |

LIST ALL EXPENDITURES OVER $500 (INCLUDING E.G., GOODS, SERVICES, OR GAMBLING LOSSES)

| DATE | AMOUNT | METHOD OF PAYMENT | DESCRIPTION OF ITEM |
|---|---|---|---|
| 8/7/2015 | 500.00 | CASH | MOVING EXPENSES |
| 8/7/2015 | 1900.00 | CASH | D. STEFFY |

| | |
|---|---|
| WERE YOU QUESTIONED BY ANY LAW ENFORCEMENT OFFICERS?<br><br>[ ] YES  [X] NO<br><br>IF YES, DATE:<br>AGENCY:<br>REASON: | WERE YOU ARRESTED OR NAMED AS A DEFENDANT IN ANY CRIMINAL CASE?<br><br>[ ] YES  [X] NO<br><br>IF YES, WHEN AND WHERE?<br>CHARGES:<br>DISPOSITION:<br>*(ATTACH COPY OF CITATION, RECEIPT, CHARGES, DISPOSITION, ETC.)* |
| WERE ANY PENDING CHARGES DISPOSED OF DURING THE MONTH?<br><br>[ ] YES  [X] NO<br><br>IF YES, DATE:<br>COURT:<br>DISPOSITION: | WAS ANYONE IN YOUR HOUSEHOLD ARRESTED OR QUESTIONED BY LAW ENFORCEMENT?<br><br>[ ] YES  [X] NO<br><br>IF YES, WHOM?<br>REASON:<br>DISPOSITION: |
| DO YOU HAVE ANY CONTACT WITH ANYONE HAVING A CRIMINAL RECORD?<br><br>[X] YES  [ ] NO<br><br>IF YES, WHOM? Crazy, at Curley | DO YOU POSSESS OR HAVE ACCESS TO A FIREARM?<br><br>[ ] YES  [X] NO<br><br>IF YES, WHY? |
| DID YOU POSSESS OR USE ANY ILLEGAL DRUGS?<br><br>[ ] YES  [X] NO<br><br>IF YES, TYPE OF DRUG: | DID YOU TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION?<br><br>[ ] YES  [X] NO<br><br>IF YES, WHEN AND WHERE? |
| DO YOU HAVE A SPECIAL ASSESSMENT, RESTITUTION, OR FINE?   [ ] YES  [X] NO      IF YES, LIST AMOUNT PAID DURING THE MONTH:<br><br>SPECIAL ASSESSMENT:          RESTITUTION:          FINE:<br><br>**NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY** ||
| DO YOU HAVE COMMUNITY SERVICE WORK TO PERFORM?<br><br>[ ] YES  [X] NO<br><br>NUMBER OF HOURS COMPLETED THIS MONTH:<br>NUMBER OF HOURS MISSED:<br>BALANCE OF HOURS REMAINING: | DO YOU HAVE DRUG, ALCOHOL, OR MENTAL HEALTH AFTERCARE?<br><br>[X] YES  [ ] NO<br><br>IF YES, DID YOU MISS ANY SESSIONS DURING THIS MONTH?<br>[ ] YES  [X] NO<br><br>DID YOU FAIL TO RESPOND TO PHONE RECORDER INSTRUCTIONS?<br>[ ] YES  [X] NO<br><br>IF YES, WHY? |

---

**WARNING: ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.**

*(18 U.S.C. § 1001)*

RECEIVED:

[ ] MAIL     [ ] OFFICE CONTACT (OC)

[ ] HOME CONTACT (HC)  [ ] COMMUNITY CONTACT (CC)

REMARKS:

U.S. PROBATION OFFICER          DATE

**I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.**

SIGNATURE _____  DATE 9/2/2015

CHECK BOX IF ADDITIONAL FORMS ARE NEEDED:

[ ] MONTHLY SUPERVISION FORM

[ ] TRAVEL APPLICATION FORM

[ ] PAYMENT COUPON

RETURN FORM TO:

(ED/CA)

**UNITED STATES DISTRICT COURT**
**FEDERAL PROBATION SYSTEM**

## SEX OFFENDER QUESTIONNAIRE

| NAME: | John F. Linder | DATE: | 9/4/2015 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ○ Yes | ✗ No |
| 2. | Has someone else accessed the Internet on your behalf? If yes, for what purpose? *(state purpose in space below)* | ✗ Yes | ○ No |

SEE NOTES —
P.O.A. MANAGING FINANCES, FRIENDS MANAGING E-MAIL

| | | | |
|---|---|---|---|
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ○ Yes | ✗ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ○ Yes | ✗ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ○ Yes | ✗ No |
| 6. | Have you frequented places where children congregate? | ○ Yes | ✗ No |
| 7. | Have you viewed pornography during your supervision term? *SEE NOTES* | ✗ Yes | ○ No |
| 8. | Have you entered into a significant relationship during your supervision term? If yes, please answer questions 8a through 8c. | ○ Yes | ✗ No |
| 8a. | Does your significant other have children? If yes, answer 8b. | N/A ○ Yes | ○ No |
| 8b. | Do the children reside with your significant other? | N/A ○ Yes | ○ No |
| 8c. | Does your significant other have access to the Internet? | N/A ○ Yes | ○ No |
| 8d. | Is your significant other aware of your conviction? | N/A ○ Yes | ○ No |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address? | N/A ○ Yes | ○ No |
| 10. | If applicable, have you paid your monthly computer monitoring fees? | N/A ○ Yes | ○ No |

CA-E Form – US Probation Office

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**ATTN: USPO**  RP

**NAME:**   John Francis Linder          **MONTH OF:**   August 2015

| | | | |
|---|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable? <br><br> Last time you reported to the SO registration authority: 7/20/5 <br> Location: N. 7TH or N. 10TH STREET, SACTO. | ☒ | | YES |
| | | ☐ | | NO |
| | | ☐ | | NA |
| 2 | Have you slept anywhere other than your reported residence? <br><br> If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances: | ☐ | | YES |
| | | ☒ | | NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☒ | | YES |
| | | ☐ | | NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider? <br><br> If yes, provide dates and names:   SEE ATTACHED NOTES | ☐ | | YES |
| | | ☒ | | NO |
| 5 | Have you consumed any alcohol? | ☒ | | YES |
| | | ☐ | | NO |

REV. 04/2014
MSR – SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

CA-E Form – US Probation Office

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder        **MONTH OF:** August 2015

| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? | ☐ YES  ☒ NO |
|---|---|---|
| | If yes, list your user names and passwords for these accounts: AS W/LAST MONTH, MY ONE E-MAIL ACCT IS MONITORED BY A FRIEND. I DON'T HAVE THE ANSWERS FOR THE ACCT. I THINK THE ADDRESS IS JLINDER@GMAIL.SMITH.COM. | |
| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? SEE ATTACHED NOTES | ☒ YES  ☐ NO |
| 8 | Do you have internet access at your employment? N/A  Name of Supervisor:  Phone: | ☐ YES  ☐ NO |
| 9 | Have you viewed any pornography? | ☒ YES  ☐ NO |
| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related <u>telephone services</u>? | ☒ YES  ☐ NO |
| 11 | Have you taken any medication since your last monthly report? | ☒ YES  ☐ NO |
| | If yes, please provide name of medication, prescribing physician, reason for taking: SAME AS LAST MONTH  WELLBUTRIN, 200 MG BID, DR. TEPPER, DEPRESSION  ELAVIL, 30-40 MG QHS, DR. TEPPER, INSOMNIA  OMEPRAZOLE, 20 MG, QHS, DR. TEPPER, G.I.A.D. | |

ASPIRIN, 81MG, OD, DR. TENCE, PROPHYLAXIS FOR STROKE/HEART ATTACK
METFORMIN, 500 MG BID DR. TEPPED
BLOOD SUGAR MGMT – PRE-DIABETIC

REV. 04/2014
MSR – SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

CA-E Form – US Probation Office

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder          **MONTH OF:** _August 2015_

| 12 | Have you entered into our maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES<br>☒ NO |
|---|---|---|
| | If yes, please list this person's name and date of birth? *N/A* | |
| | Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded? *N/A* | |
| | Does the person have children? *N/A* | ☐ YES<br>☐ NO |
| | If yes, do those children have contact with this person? *N/A* | ☐ YES<br>☐ NO |

| 13 | Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report. |
|---|---|
| | ○  I have had NO sexual thoughts or interests |
| | ○  I seldom had any sexual thoughts or interests |
| | ●  I often had sexual thoughts, but I manage them adequately |
| | ○  I have had sexual thoughts that sometimes interfere with getting things done |
| | ○  I have been thinking about sex too much and I need to get it under control |
| | ○  I have been thinking about sex constantly and I need help to regain control |

| 14 | What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom? MULTIPLE LUNCHES AND DINNERS AT HOME, OUT OR AT OTHER HOMES WITH WENDELL + KEN, ANNE, GUS, ARNIE, JESSIE & BRIAN, DICK, ARMANDO AND JEFF, JOAN, LAURIE + DAWN ASA + MARGE, MARY BETH, BRUCE, JEFF + MIKE, EA + NORMAN. |
|---|---|

MULTIPLE CONTACTS w/ SUPPORT SYSTEM, ESP. CALLS, W/ TOM, HENRY, CATHY, ANNE, HENRY GUS DAN SAUL JEANNE-MARIE + LUTHER, STAN + NANCY, MARY ANN + ALEX WATCHED "GRACE + FRANKIE" EPISODES & AIRS &  WATCH
④ 15-18 DAYS ⓔ BRUCE, CONTINUE TO UNPACK + ORGANIZE HOUSE, HANG PICTURES & JOAN,

CA-E Form – US Probation Office

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:**  John Francis Linder                    **MONTH OF:**  August 2015

| 15 | Who are the important people in your life?   List: |
|----|----|
|    | *[handwritten]* FAMILY (SIBLINGS + SPONSEE): TOM, ANNA (+GREG), CATHY (+MIKE), HENRY. NEPHEWS BRAD + MICHAEL. COUSIN BOB. FAITH COMMUNITY (ST. FRANCIS): FRIENDS: KEN + WENDELL, ANNE, GUS, ARNIE, DICK, JEFF + ALMADO, MIKE + JEFF, ED + NORMAN, DALE + MADGE, LAURIE + ANDY, STAN + NANCY, KEITH + P.J., LESLIE + SUE, PASTOR KEN, BRUCE, HENRY, JEANNE-MARIE & LUTHER, SAUL. |

### WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

**SIGNATURE:**

_____          DATE:  9/2/2015
Completed by (Defendant/Offender)

Reviewed by:

_____          DATE:  _____
(USPSO or USPO)

REV. 04/2014
MSR – SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

SUPPLEMENTAL REPORT NOTES

#3 & #4. THIS AGAIN RAISES THE PROBLEM THAT THE TWO FORMS, THE SUPPLEMENTAL MONTHLY SUPERVISION REPORT AND THE SEX OFFENDER QUESTIONNAIRE, ARE INCONSISTENT. THE SEX OFFENDER QUESTIONNAIRE CONFORMS TO THE COURT-ORDERED RESTRICTIONS I HAVE DEALING WITH PERSONS UNDER THE AGE OF 18. THE SUPPLEMENTAL MONTHLY SUPERVISION REPORT, BY CONTRAST, DEALS WITH THOSE 18 YEARS OF AGE OR UNDER. THIS LEADS TO ANSWERING QUESTIONS #3 & #4 ON THE FORMER 'NO' BUT POTENTIALLY, OR IN THE CASE OF THE MONTH OF AUGUST FOR ME, ACTUALLY, HAVING TO ANSWER ONE OR BOTH OF THE CORRESPONDING QUESTIONS ON THE SUPPLEMENTAL QUESTIONNAIRE DIFFERENTLY. I DON'T UNDERSTAND WHY THE SUPPLEMENTAL FORM GOES BEYOND THE COURT-ORDERED CONDITIONS.

SO THIS MONTH, MY FRIENDS ED & NORMA, WITH WHOM I RECENTLY RE-CONNECTED, TOLD ME THEY WERE MOVING. I OFFERED THEM THE EMPTY BOXES I HAVE SO FAR FROM MY UNPACKING. WHEN THEY CAME BY TO PICK UP THE BOXES THEIR 18 YEAR OLD SON WAS WITH THEM, DURING THEIR PICK-UP, I WAS NOT ALONE I HIM, AND ALL 3 OF THEM WERE HERE FOR 15 MINUTES OR LESS, AND LEFT AT THE SAME TIME. TO CONFIRM THIS, PLEASE CALL ED CONNOR AT 916-690-4485, IF YOU LIKE.

SUPPL. MONTHLY REPORT NOTES, CONT.   PAGE # 2

HE IS AWARE YOU MAY BE CALLED.

#5. MY TERMS AND CONDITIONS ALLOW MODERATE
ALCOHOL CONSUMPTION.

#6. MY FRIEND ELLEN CONTINUES TO MONITOR
MY E-MAIL ACCOUNT. ONE OF THE UNINTENDED
AND NEGATIVE RESULTS OF NOT BEING ALLOWED
TO HAVE A COMPUTER IS THAT I HAVE
SIGNIFICANTLY LESS EMOTIONAL SUPPORT
THAN I DID WHILE AT LOMPOC, WHERE I
HAD MUCH MORE FREQUENT CONTACT WITH
ALL OF MY FAMILY AND MANY FRIENDS.
BEING UNABLE TO ACCESS AND SEND E-MAIL
HAS A DETRIMENTAL EFFECT ON MY PERSONAL
AND PROFESSIONAL ADJUSTMENT BACK INTO
SOCIETY AT LARGE.

#7. MY POWER OF ATTORNEY, WHO HAPPENS
TO BE IN AFRICA FOR 3 WEEKS, CONTINUES
TO MONITOR MY FINANCES. GIVEN THE
VOLATILITY OF THE WORLD FINANCIAL
MARKETS, BEING UNABLE TO MANAGE MY
OWN FINANCES HAS COST ME SIGNIFICANT
MONEY AND CONTINUES TO DO SO. AND
WHILE HE IS GONE (AND WE CAN'T
COMMUNICATE AT ALL, WHEREAS AT LOMPOC
I COULD MAINTAIN DAILY E-MAIL CONTACT
NO MATTER WHERE IN THE WORLD HE WAS)
THIS PROBLEM IS MUCH MORE ACUTE.

AT THIS POINT, THERE IS NOBODY WHO CAN
FUNCTION IN A CAPACITY TO FACILITATE

Supplemental monthly Report, Con't,   page #3

My professional development or further new writing. So again, an unintended consequence of being denied computer access is that I am substantially less productive professionally that I was at Lompoc, where I could use the e-mail system to draft + revise + send out to my editors materials for the hospice book, I have lost all momentum on that project, can't access what I've already written and can't do any additional writing

#9 The court intentionally did not restrict my access to adult pornography.

#10 I use a dating phone line. It is used by adults to look for everything from long-term monogamous relationships to friendships to sexual liaisons, so it seems prudent to list it here.

                    Monthly Supervision Report
PART A.  As with last month, I am not clear if retirement and investment accounts are to be itemized. If so, the problem is the same — I don't have access to the accounts, they are entirely on-line, so no acct #'s, and balances are, I'm sure, way off. I have closed one acct and moved those funds to a different account.

MONTHLY SUPERVISION REPORT, CONT.

PART D. CONTINUED:
FIDELITY FINANCIAL 360,000.00 + 9600.00  ??
AMERITRADE 32,000.00 ??
INC. FINANCIAL 9,500.00 ??

MONTHLY EXPENSES CONTINUE TO BE VOLATILE
AND WILL CONTINUE TO BE FOR SEVERAL MORE
MONTHS.

NOTE THE 1950.00 TO DELLE STEFFY — YOU WILL
RECALL OUR CONVERSATION, OUR LENGTHY
CONVERSATION ABOUT THAT SITUATION.

PART E. STILL WORKING ON GARY'S LAST
NAME.

ALSO, HEARD FROM GARY NICHOLS, HE HOPES
TO HAVE AN OPENING EARLY THIS MONTH. I'LL
KEEP YOU POSTED.

         SEX OFFENDER QUESTIONNAIRE
#2 — AS NOTED IN #6 AND #7 ABOVE,
     FROM THE SUPPLEMENTAL MONTHLY REPORT.

#3 & 4 — NOTE ABNORMALLY AND EXPLANATION IN #
     3 + 4 ABOVE IN SUPPLEMENTAL REPORT.

#7 — AS EXPLAINED IN # 9 FROM SUPPL. MONTHLY
     REPORT ABOVE, I AM ALWAYS ASST PERM.
              ASSESSMENT
I NO LONGER HAVE AN OWNERSHIP INTEREST IN
JACKSON ST, SFO, PROPERTY + WON'T BE VISITING THERE.



September 04, 2015 10:33                    Page: 1
Receipt #: 2039199584
MasterCard #: XXXXXXXXXXXX9841
2015/09/04 10:23

| Qty | Description | Amount |
|-----|-------------|--------|
| 17 | ES B&W S/S White 8.5 x11 | 2.04 |

|  | SubTotal | 2.04 |
|--|----------|------|
|  | Taxes | 0.17 |
|  | Total | 2.21 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

3100 Folsom Blvd
Sacramento,CA 95816
916-456-1423
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt