Exhibit 3

**U.S. PROBATION OFFICE**
**MONTHLY SUPERVISION REPORT FOR THE MONTH** Sept, 2015

NAME: JOHN F. CHASE    DOB: 5/26/1954    COURT NAME (IF DIFFERENT): N/A

### PART A: RESIDENCE (IF NEW ADDRESS, ATTACH COPY OF LEASE/PURCHASE AGREEMENT.)

STREET ADDRESS, APT NUMBER: [X] OWN OR [ ] RENT    1320 25th St.
HOME PHONE: 916-444-8604    CELLULAR PHONE: 9167655484    PAGER: N/A
CITY, STATE, ZIP CODE: Sacramento, CA 95816
PERSONS LIVING WITH YOU: None
MAILING ADDRESS (IF DIFFERENT): N/A    E-MAIL ADDRESS: unknown
DID YOU MOVE DURING THIS MONTH? [ ] YES [X] NO   If yes, date moved:
REASON FOR MOVING:

### PART B: EMPLOYMENT (IF UNEMPLOYED, LIST SOURCE OF SUPPORT UNDER PART D.)

COMPANY: N/A
STREET ADDRESS, SUITE NUMBER:
CITY, STATE, ZIP CODE:
COUNTY:
START DATE:    END DATE:
REGULAR WORK HOURS:
STATUS: [ ] FULL TIME [ ] PART TIME [ ] SELF-EMPLOYED    HOURS PER WEEK:
SALARY: $
SALARY TYPE (HOW OFTEN PAID): [ ] DAILY [ ] WEEKLY [ ] BI-MONTHLY [ ] MONTHLY [ ] OTHER

OCCUPATION:
YOUR JOB TITLE:
SPECIAL SKILLS:
REASON FOR LEAVING:
CAN RETURN TO JOB?
SUPERVISOR:
TITLE:
PHONE:    FAX:    PAGER:
EMPLOYER KNOWS ABOUT CONVICTION: [ ] YES [ ] NO
EMPLOYER CAN BE CONTACTED: [ ] YES [ ] NO

### PART C: VEHICLES (LIST ALL VEHICLES OWNED OR DRIVEN BY YOU.)

1. YEAR/MAKE/MODEL/COLOR: 2004, XG350L, Hyundai, Gry    MILEAGE: 12,500    TAG NUMBER: 5LSP414    OWNER: Self    VEHICLE I.D. #: KMHFU45C94A361863
2. YEAR/MAKE/MODEL/COLOR: N/A    MILEAGE:    TAG NUMBER:    OWNER:    VEHICLE I.D. #:

### PART D: MONTHLY FINANCIAL STATEMENT

NET EARNINGS FROM EMPLOYMENT: 2600 +/-   (ATTACH PROOF OF EARNINGS) Retirement
OTHER CASH INFLOWS: only proof on Internet
TOTAL MONTHLY CASH INFLOWS: 2600
TOTAL MONTHLY CASH OUTFLOWS: 3800 +/- (see prior)

DO YOU RENT OR HAVE ACCESS TO: A STORAGE SPACE? [ ] YES [X] NO
A POST OFFICE BOX? [X] YES [ ] NO    A SAFE DEPOSIT BOX? [ ] YES [X] NO
NAME AND ADDRESS OF LOCATION: BOX 163313, Fort Sutter P.O.    BOX NO. OR SPACE

DO YOU HAVE CHECKING ACCOUNT(S)? [X] YES [ ] NO
BANK NAME: GoldenOne 1
ACCOUNT NO: see prior mos    BALANCE: 2600 +/- (various)

DO YOU HAVE SAVINGS ACCOUNT(S)? [X] YES [ ] NO
BANK NAME: GoldenOne 1
ACCOUNT NO: See prior mos    BALANCE: 21,000
(ATTACH A COMPLETE LISTING OF ALL OTHER FINANCIAL ACCOUNT INFORMATION IF YOU HAVE MULTIPLE ACCOUNTS.) No new accounts, see Aug 2015 for list

DOES YOUR SPOUSE, SIGNIFICANT OTHER, OR DEPENDENT HAVE A CHECKING OR SAVINGS ACCOUNT THAT YOU ENJOY THE BENEFITS OF OR MAKE OCCASIONAL CONTRIBUTIONS TOWARD? N/A    [ ] YES [ ] NO
BANK NAME:
ACCOUNT NO.:    BALANCE:

LIST ALL EXPENDITURES OVER $500 (INCLUDING E.G., GOODS, SERVICES, OR GAMBLING LOSSES):

| DATE | AMOUNT | METHOD OF PAYMENT | DESCRIPTION OF ITEM |
|---|---|---|---|
| 9/8/2015 | 900.00 +/- | Installments | Mattress - 2 Queen mattress sets |

REPORT ALL CONTACTS WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH

| | |
|---|---|
| WERE YOU QUESTIONED BY ANY LAW ENFORCEMENT OFFICERS?<br>[ ] YES [X] NO<br>IF YES, DATE:<br>AGENCY:<br>REASON: | WERE YOU ARRESTED OR NAMED AS A DEFENDANT IN ANY CRIMINAL CASE?<br>[ ] YES [X] NO<br>IF YES, WHEN AND WHERE?<br>CHARGES:<br>DISPOSITION:<br>(ATTACH COPY OF CITATION, RECEIPT, CHARGES, DISPOSITION, ETC.) |
| WERE ANY PENDING CHARGES DISPOSED OF DURING THE MONTH?<br>[ ] YES [X] NO<br>IF YES, DATE:<br>COURT:<br>DISPOSITION: | WAS ANYONE IN YOUR HOUSEHOLD ARRESTED OR QUESTIONED BY LAW ENFORCEMENT?<br>[ ] YES [X] NO<br>IF YES, WHOM?<br>REASON:<br>DISPOSITION: |
| DO YOU HAVE ANY CONTACT WITH ANYONE HAVING A CRIMINAL RECORD?<br>[X] YES [ ] NO<br>IF YES, WHOM? Gary At Church | DO YOU POSSESS OR HAVE ACCESS TO A FIREARM?<br>[ ] YES [X] NO<br>IF YES, WHY? |
| DID YOU POSSESS OR USE ANY ILLEGAL DRUGS?<br>[ ] YES [X] NO<br>IF YES, TYPE OF DRUG: | DID YOU TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION?<br>[ ] YES [X] NO<br>IF YES, WHEN AND WHERE? |

DO YOU HAVE A SPECIAL ASSESSMENT, RESTITUTION, OR FINE? [ ] YES [X] NO   IF YES, LIST AMOUNT PAID DURING THE MONTH:
SPECIAL ASSESSMENT:   RESTITUTION:   FINE:

NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY

| | |
|---|---|
| DO YOU HAVE COMMUNITY SERVICE WORK TO PERFORM?<br>[ ] YES [X] NO<br>NUMBER OF HOURS COMPLETED THIS MONTH:<br>NUMBER OF HOURS MISSED:<br>BALANCE OF HOURS REMAINING: | DO YOU HAVE DRUG, ALCOHOL, OR MENTAL HEALTH AFTERCARE?<br>[X] YES [ ] NO<br>IF YES, DID YOU MISS ANY SESSIONS DURING THIS MONTH?<br>[ ] YES [X] NO<br>DID YOU FAIL TO RESPOND TO PHONE RECORDER INSTRUCTIONS?<br>[ ] YES [X] NO<br>IF YES, WHY? |
| WARNING: ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.<br>(18 U.S.C. § 1001) | I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.<br>SIGNATURE _____ DATE 10/5/2015 |
| RECEIVED:<br>[ ] MAIL   [ ] OFFICE CONTACT (OC)<br>[ ] HOME CONTACT (HC)   [ ] COMMUNITY CONTACT (CC)<br>REMARKS:<br><br><br>U.S. PROBATION OFFICER   DATE | CHECK BOX IF ADDITIONAL FORMS ARE NEEDED:<br>[ ] MONTHLY SUPERVISION FORM<br>[ ] TRAVEL APPLICATION FORM<br>[ ] PAYMENT COUPON<br>RETURN FORM TO: |

FORMS AVAILABLE AT WWW.CAEP.USCOURTS.GOV

Rev 06/2015
MSR - MSR (PROB8) (ED_CA) DOTX

(ED/CA)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

# SEX OFFENDER QUESTIONNAIRE

NAME: John F. Linder          DATE: 10/5/2015

| # | Question | Answer |
|---|---|---|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ☒ No |
| 2. | Has someone else accessed the Internet on your behalf? If yes, for what purpose? *(state purpose in space below)* — SEE NOTES, same as prior — financial, e-mail, etc. | ☒ Yes |
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ☒ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ☒ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ☒ No |
| 6. | Have you frequented places where children congregate? | ☒ No |
| 7. | Have you viewed pornography during your supervision term? *see notes* | ☒ Yes |
| 8. | Have you entered into a significant relationship during your supervision term? If yes, please answer questions 8a through 8c. | ☒ No |
| 8a. | Does your significant other have children? If yes, answer 8b.    N/A | |
| 8b. | Do the children reside with your significant other?    N/A | |
| 8c. | Does your significant other have access to the Internet?    N/A | |
| 8d. | Is your significant other aware of your conviction?    N/A | |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address?    N/A | |
| 10. | If applicable, have you paid your monthly computer monitoring fees?    N/A | |

Rev. 05/2014
SEX OFFENDER QUESTIONNAIRE.DOTX

S.O. Questionnaire:

#2. Same as prior. Others have to access internet to monitor, manage my finances, e-mail and other key functions.

#7. As previously, I have OK per my court-ordered trust considerations.

S.O. Supplemental.

#5 – As previously, I have OK per my unique court-ordered trust considerations.

#6. I have an account, someone else accessed + manages it for me – I don't have address or P/W for that account.

#9. As with #7 on S.O. Questionnaire, I have permission per court-mandated trust considerations.

#10. As noted previously, this is not a prohibited activity.

#14 + #15 – Same as prior answers.

Monthly Report:
Account #s for ck, savings and other accounts listed previously, to best of my ability. I don't have access to those accounts so I can't give you balances or acct. #s.

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

ATTN: USPO __RP_____

NAME: John Francis Linder        MONTH OF: _SEPT. 2015_

| # | Question | Answer |
|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable?  Last time you reported to the SO registration authority: 7/2015  Location: N. 7TH ST., SACTO | ☒ YES ☐ NO ☐ NA |
| 2 | Have you slept anywhere other than your reported residence?  If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances:  CHUCK HOAG 78  SHARON HOAG 76  MIKE + KATHLEEN HOAG 50's  WENDELL ACKERSON 64  SELF.  OVERNIGHT TRIP TO SEE LONG-TIME FRIENDS ON PALO VERDE RD, REDDING | ☒ YES ☐ NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☐ YES ☒ NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider?  If yes, provide dates and names: | ☐ YES ☒ NO |
| 5 | Have you consumed any alcohol?  SEE NOTES | ☒ YES ☐ NO |

Page 1 of 4

REV. 04/2014
MSR – SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder            MONTH OF: SEPT. 2015

| # | Question | Answer |
|---|---|---|
| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? If yes, list your user names and passwords for these accounts: SEE NOTES. NO CHANGE FROM PRIOR MONTH. | ☐ YES ☒ NO |
| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? | ☒ YES ☐ NO |
| 8 | Do you have internet access at your employment? Name of Supervisor: Phone:  N/A | ☐ YES ☐ NO |
| 9 | Have you viewed any pornography?  SEE NOTES | ☒ YES ☐ NO |
| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related telephone services? SEE NOTES | ☒ YES ☐ NO |
| 11 | Have you taken any medication since your last monthly report? If yes, please provide name of medication, prescribing physician, reason for taking: DR. TEPPER Wellbutrin, Depression Elavil, Insomnia Metformin, Pre-Diabetes Prilosec, GERD Vitamin D, Deficiency | ☒ YES ☐ NO |

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder           MONTH OF: SEPT. 2015

| 12 | Have you entered into our maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES  ☒ NO |
|---|---|---|
| | If yes, please list this person's name and date of birth?    N/A | |
| | Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded?    N/A | |
| | Does the person have children?    N/A | ☐ YES  ☐ NO |
| | If yes, do those children have contact with this person?    N/A | ☐ YES  ☐ NO |
| 13 | Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report.<br><br>○ I have had NO sexual thoughts or interests<br>○ I seldom had any sexual thoughts or interests<br>☒ I often had sexual thoughts, but I manage them adequately<br>○ I have had sexual thoughts that sometimes interfere with getting things done<br>○ I have been thinking about sex too much and I need to get it under control<br>○ I have been thinking about sex constantly and I need help to regain control | |
| 14 | What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom?<br>Dinner and a play c Bruce, Jeff, Mike, Brett. Dinners/lunches c friends - Gus, Anita, Ken, Wendell, Anita, Hardy, Dirk, Jeff Amoroso, Anton, Jessica. Visitors out of town. Hosted a dinner party for Hanson, and mutual friends (Wendell, Ken, Gus, Arute, Maaor + Ane.<br>Worked in yard + on house on various projects. Went to River City going to movies with + Alex. Went to Carmel, inc. special movies c Maeve on a weekend w/out. Dinner at friends home - Sam + Ellen. | |

Page 3 of 4                                                                 REV. 04/2014
                                                       MSR – SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

CA-E Form – US Probation Office

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder  **MONTH OF:** Sept. 2015

| 15 | Who are the important people in your life? List: Wendell, Ken, Annie, Otis, Anna, Armando, Jeffie, Brian, Jessie, Ellen, Sam, Dick, Sibo, Cathy, Tom, Anne, Henry, Their spouses Orah & Mike, Weston's Michael & Beth, Nancy, Tom W., Stan and Nancy, Sue & Leslie, Kevin, P.J., others mentioned previously. |

## WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

**SIGNATURE:**

_[signed]_  **DATE:** 10-5-2015

Completed by (Defendant/Offender)

Reviewed by:

_____  **DATE:** _____

(USPSO or USPO)