Exhibit 4

ATTN: USPO [handwritten]

PLEASE PRINT NAME OF YOUR ASSIGNED OFFICER ON ENVELOPE

## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH OCTOBER, 2015

NAME: JOHN F. LINDER

COURT NAME (IF DIFFERENT): N/A

### PART A: RESIDENCE (IF NEW ADDRESS, ATTACH COPY OF LEASE/PURCHASE AGREEMENT.)

STREET ADDRESS, APT NUMBER: 1320 25th St. ☒ OWN OR ☐ RENT

CITY, STATE, ZIP CODE: Sacramento CA 95816

MAILING ADDRESS (IF DIFFERENT): E-MAIL ADDRESS:

HOME PHONE: (916) 444-5604
CELLULAR PHONE: (916) 765-5484
PAGER: N/A

PERSONS LIVING WITH YOU: N/A

DID YOU MOVE DURING THIS MONTH? ☐ YES ☒ NO  IF YES, DATE MOVED: ___

REASON FOR MOVING:

### PART B: EMPLOYMENT (IF UNEMPLOYED, LIST SOURCE OF SUPPORT UNDER PART D.)

COMPANY: N/A
ADDRESS: 
COUNTY:
ZIP:

OCCUPATION:
YOUR JOB TITLE:
SPECIAL SKILLS:
REASON FOR LEAVING:
CAN RETURN TO JOB?

START DATE: END DATE:

REGULAR WORK HOURS: 
STATUS: ☐ FULL TIME ☐ PART TIME ☐ SELF-EMPLOYED  HOURS PER WEEK:
SALARY: $

SUPERVISOR:
TITLE:
PHONE: ___ FAX: ___ PAGER: ___

SALARY TYPE (HOW OFTEN PAID):
☐ DAILY ☐ WEEKLY ☐ BI-MONTHLY ☐ MONTHLY ☐ OTHER

EMPLOYER KNOWS ABOUT CONVICTION: ☐ YES ☐ NO
EMPLOYER CAN BE CONTACTED: ☐ YES ☐ NO

### PART C: VEHICLES (LIST ALL VEHICLES OWNED OR DRIVEN BY YOU.)

1. YEAR/MAKE/MODEL/COLOR: 2004/Hyundai GX350L/Gray
   MILEAGE: 13,500+/−
   TAG NUMBER: 5LSA414
   VEHICLE I.D. #: KMHFL45E94A361836
   OWNER: Self

2. YEAR/MAKE/MODEL/COLOR: N/A
   MILEAGE:
   TAG NUMBER:
   VEHICLE I.D. #:
   OWNER:

### PART D: MONTHLY FINANCIAL STATEMENT

NET EARNINGS FROM EMPLOYMENT (ATTACH PROOF OF EARNINGS): 2600.00 +/−
OTHER CASH INFLOWS: N/A
TOTAL MONTHLY CASH INFLOWS: 2600.00
TOTAL MONTHLY CASH OUTFLOWS: Variable

DO YOU RENT OR HAVE ACCESS TO: A STORAGE SPACE? ☐ YES ☒ NO
A POST OFFICE BOX? ☒ YES ☐ NO  A SAFE DEPOSIT BOX? ☐ YES ☒ NO
NAME AND ADDRESS OF LOCATION: Fort Sutter USPS
BOX NO. OR SPACE: #163317

DO YOU HAVE CHECKING ACCOUNT(S)? ☒ YES ☐ NO
BANK NAME: Golden 1 Credit Union
ACCOUNT NO.: 3211752… / 000121227…  BALANCE: 3000.00

DO YOU HAVE SAVINGS ACCOUNT(S)? ☒ YES ☐ NO
BANK NAME: Golden 1 C.U.
ACCOUNT NO.: Same  BALANCE: 18,000
(ATTACH A COMPLETE LISTING OF ALL OTHER FINANCIAL ACCOUNT INFORMATION IF YOU HAVE MULTIPLE ACCOUNTS.)

DOES YOUR SPOUSE, SIGNIFICANT OTHER, OR DEPENDENT HAVE A CHECKING OR SAVINGS ACCOUNT THAT YOU ENJOY THE BENEFITS OF OR MAKE OCCASIONAL CONTRIBUTIONS TOWARD?  N/A
BANK NAME: ___ ☐ YES ☐ NO
ACCOUNT NO.: ___ BALANCE: ___

LIST ALL EXPENDITURES OVER $500 (INCLUDING E.G., GOODS, SERVICES, OR GAMBLING LOSSES)

| DATE | AMOUNT | METHOD OF PAYMENT | DESCRIPTION OF ITEM |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Rev. 06/2015

## PART E: COMPLIANCE WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH

**WERE YOU QUESTIONED BY ANY LAW ENFORCEMENT OFFICERS?**
☐ YES  ☒ NO

IF YES, DATE: _____
AGENCY: _____
REASON: _____

**WERE YOU ARRESTED OR NAMED AS A DEFENDANT IN ANY CRIMINAL CASE?**
☐ YES  ☒ NO

IF YES, WHEN AND WHERE: _____
CHARGES: _____
DISPOSITION: _____
(ATTACH COPY OF CITATION, RECEIPT, CHARGES, DISPOSITION, ETC.)

**WERE ANY PENDING CHARGES DISPOSED OF DURING THE MONTH?**
☐ YES  ☒ NO

IF YES, DATE: _____
COURT: _____
DISPOSITION: _____

**WAS ANYONE IN YOUR HOUSEHOLD ARRESTED OR QUESTIONED BY LAW ENFORCEMENT?**
☐ YES  ☒ NO

IF YES, WHOM? _____
REASON: _____
DISPOSITION: _____

**DO YOU HAVE ANY CONTACT WITH ANYONE HAVING A CRIMINAL RECORD?**
☐ YES  ☒ NO

IF YES, WHOM? _____

**DO YOU POSSESS OR HAVE ACCESS TO A FIREARM?**
☐ YES  ☒ NO

IF YES, WHY? _____

**DID YOU POSSESS OR USE ANY ILLEGAL DRUGS?**
☐ YES  ☒ NO

IF YES, TYPE OF DRUG: _____

**DID YOU TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION?**
☐ YES  ☒ NO, not outside the 2 districts I can travel in.

IF YES, WHEN AND WHERE: _____

**DO YOU HAVE A SPECIAL ASSESSMENT, RESTITUTION, OR FINE?**
☐ YES  ☒ NO

IF YES, LIST AMOUNT PAID DURING THE MONTH:
SPECIAL ASSESSMENT: _____  RESTITUTION: _____  FINE: _____

NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY

**DO YOU HAVE COMMUNITY SERVICE WORK TO PERFORM?**
☐ YES  ☒ NO

NUMBER OF HOURS COMPLETED THIS MONTH: _____
NUMBER OF HOURS MISSED: _____
BALANCE OF HOURS REMAINING: _____

**DO YOU HAVE DRUG, ALCOHOL, OR MENTAL HEALTH AFTERCARE?**
☒ YES  ☐ NO

IF YES, DID YOU MISS ANY SESSIONS DURING THIS MONTH?
☐ YES  ☒ NO

DID YOU FAIL TO RESPOND TO PHONE RECORDER INSTRUCTIONS?
☐ YES  ☒ NO

IF YES, WHY? _____

**WARNING:** ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.
(18 U.S.C. § 1001)

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.

SIGNATURE: _[signed]_   DATE: 11-2-2015

CHECK BOX IF ADDITIONAL FORMS ARE NEEDED:
☐ MONTHLY SUPERVISION FORM
☐ TRAVEL APPLICATION FORM
☐ PAYMENT COUPON

**RECEIVED:**
☐ MAIL  ☐ OFFICE CONTACT (OC)
☐ HOME CONTACT (HC)  ☐ COMMUNITY CONTACT (CC)

REMARKS:

U.S. PROBATION OFFICER _____   DATE _____

**RETURN FORM TO:**
RONNIE PREAP, USPO
UNITED STATES PROBATION OFFICE
501 I STREET, SUITE 2500
SACRAMENTO, CALIFORNIA 95814

FORMS AVAILABLE AT WWW.CAEP.USCOURTS.GOV

Rev. 06/2015
MSR - MSR (PROB8) (ED_CA).DOTX

(ED/CA)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

## SEX OFFENDER QUESTIONNAIRE

**NAME:** John F. Linder          **DATE:** 11/2/2015  *For Oct 2015*

| # | Question | Answer |
|---|---|---|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ☐ Yes  ☒ No |
| 2. | Has someone else accessed the Internet on your behalf? If yes, for what purpose? *(state purpose in space below)* — Managing my financial affairs, obtaining information on K44 medical and restraint issues. | ☒ Yes  ☐ No |
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ☐ Yes  ☒ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ☐ Yes  ☒ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ☐ Yes  ☒ No |
| 6. | Have you frequented places where children congregate? | ☐ Yes  ☒ No |
| 7. | Have you viewed pornography during your supervision term? SEE NOTES | ☒ Yes  ☐ No |
| 8. | Have you entered into a significant relationship during your supervision term? If yes, please answer questions 8a through 8c. N/A | ☐ Yes  ☒ No |
| 8a. | Does your significant other have children? If yes, answer 8b. N/A | ☐ Yes  ☐ No |
| 8b. | Do the children reside with your significant other? N/A | ☐ Yes  ☐ No |
| 8c. | Does your significant other have access to the Internet? N/A | ☐ Yes  ☐ No |
| 8d. | Is your significant other aware of your conviction? N/A | ☐ Yes  ☐ No |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address? N/A | ☐ Yes  ☐ No |
| 10. | If applicable, have you paid your monthly computer monitoring fees? N/A | ☐ Yes  ☐ No |

Rev. 05/2014
SEX OFFENDER QUESTIONNAIRE.DOTX

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

ATTN: USPO  RP

NAME: John Francis Linder          MONTH OF: OCTOBER 2015

| # | Question | Answer |
|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable?  Last time you reported to the SO registration authority: July 2015  Location: North 7th or 10th Street, CA - Renewal when it is | ☒ YES ☐ NO ☐ NA |
| 2 | Have you slept anywhere other than your reported residence?  If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances:  All of the information was provided in writing to you, always prior to my departures, along to contact information. I spent 11 days (10 nights) at Sea Ranch w/ 3 very long-standing friends. I am free to travel in northern and eastern districts per terms and conditions. | ☒ YES ☐ NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☐ YES ☒ NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider?  If yes, provide dates and names: | ☐ YES ☒ NO |
| 5 | Have you consumed any alcohol? Permitted per terms & conditions | ☒ YES ☐ NO |

CA-E Form – US Probation Office

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder     MONTH OF: October 2015

| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? If yes, list your user names and passwords for these accounts: AS PREVIOUSLY STATED, MY FRIEND ELLEN NATHANIELS MY E-MAIL ACT ON MY BEHALF. I DON'T HAVE THE PASSWORD OR ACCESS FOR ME RIGHT. THIS DRAMATICALLY LIMITS THE SUPPORT I HAVE NOW COMPARED TO DURING MY INCARCERATION. | ☒ YES ☐ NO |
|---|---|---|
| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? SEE NOTES | ☒ YES ☐ NO |
| 8 | Do you have internet access at your employment? N/A  Name of Supervisor:  Phone: | ☐ YES ☐ NO |
| 9 | Have you viewed any pornography? SEE NOTES | ☒ YES ☐ NO |
| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related telephone services? | ☒ YES ☐ NO |
| 11 | Have you taken any medication since your last monthly report? If yes, please provide name of medication, prescribing physician, reason for taking: ALL BY DR. TURNER  METFORMIN 500 mg BID for Pre-Diabetes BLOOD SUGAR MGMT  WELLBUTRIN (BUPROPION) HCL 200 mg BID-Depression  OMEPRAZOLE 20mg QHS – GERD  ELAVIL 30-50 mg QHS – SLEEP DISORDER  TERBINAFINE 250 mg QD – Prison – Acquired REFRACTORY Fungal infection | ☒ YES ☐ NO |

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder   **MONTH OF:** October 2015

| 12 | Have you entered into or maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES ☒ NO |
|---|---|---|

If yes, please list this person's name and date of birth? N/A

Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded? N/A

Does the person have children? N/A  ☐ YES ☐ NO

If yes, do those children have contact with this person? ☐ YES ☐ NO

---

**13** Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report.

- ○ I have had NO sexual thoughts or interests
- ○ I seldom had any sexual thoughts or interests
- ● I often had sexual thoughts, but I manage them adequately
- ○ I have had sexual thoughts that sometimes interfere with getting things done
- ○ I have been thinking about sex too much and I need to get it under control
- ○ I have been thinking about sex constantly and I need help to regain control

---

**14** What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom?

Little walks along the coast, preparing house for sale, errands (carpet installation), walks 3-5 days/wk, attended 4 Sunday afternoon plays with my friend Ruth Hass + nice mj, went to my Forty Niners phone calls, dinners/lunches c friends, reading, talk radio on Wednesdays c my friends Marge, Craig, Lorraine in the north + Janice c Laurie & David are/answer all 4 others I had not met previously (all adults).

CA-E Form – US Probation Office

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder    MONTH OF: OCTOBER 2015

| 15 | Who are the important people in your life? List: Little + Pennal - nies. ? The Breakfast Club (Jeff, Armand, Brian, Jesse, Geo, Arnie, Dick); Siblings, their spouses and my 2 nephews, Sam + Ellen, Keith + PJ, Sue + Leslie, Jeff + Mike, Ed and Norma, Stan + Nancy, cousin Ben, Mary Beth, Henry, Tom W, Annie, Sue and others previously mentioned |

## WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

SIGNATURE:

_[signature]_    DATE: 11/2/2015

Completed by (Defendant/Offender)

Reviewed by:

_____    DATE: _____

(USPSO or USPO)

11-2-2015

NOTES FOR OCTOBER 2015 REPORTS (MONTHLY)

MONTHLY SUPERVISION REPORT: NO NOTES

SEX OFFENDER QUESTIONNAIRE:
   P1, #7 - I AM NOT PROHIBITED FROM VIEWING LEGAL PORNOGRAPHY PER THE COURT'S TERMS + CONDITIONS.

SUPPLEMENTAL MONTHLY SUPERVISION REPORT:
   P.2, #7: SEE SEX OFFENDER QUESTIONNAIRE, #2 - I HAVE TO HAVE SOMEONE LOOK UP CERTAIN PROFESSIONAL + RESEARCH INFORMATION, AND SEVERAL OF MY FINANCIAL ACCOUNTS NEED REGULAR MONITORING + MGMT.

   P.2, #9: AS ON SEX OFFENDER QUESTIONNAIRE, IN NOTES ABOVE, I AM NOT PROHIBITED FROM VIEWING LEGAL PORNOGRAPHY.

NOT BEING ALLOWED TO HAVE A COMPUTER CONTINUES TO CREATE MULTIPLE IMPAIRMENTS TO MY SUCCESSFUL TRANSITION AND TO MY PRODUCTIVE USE OF SKILLS. I LAST WORKED ON MY BOOK 4+ MONTHS AGO, I HAVE PEOPLE INTERESTED IN CONSULTING TO ME AND I'M NOT CURRENT IN MY PROFESSIONAL LITERATURE, I CAN'T COMMUNICATE READILY TO PROSPECTIVE CLIENTS, COLLEAGUES AND MANY FRIENDS. IT COMES OUT TO HAVE SUBSTANTIALLY LESS SUPPORT THAN I DID WHEN IN PRISON.

[signature]