# Exhibit 5

ATTN: USPO RONNIE PREAP

## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH NOVEMBER, 2015

**NAME:** John F. Linder
**DOB:** 5/26/1954
**COURT NAME (IF DIFFERENT):** n/a

### PART A: RESIDENCE (IF NEW ADDRESS, ATTACH COPY OF LEASE/PURCHASE AGREEMENT.)

**STREET ADDRESS, APT NUMBER:** 1320 25th Street  [X] OWN or [ ] RENT
**CITY, STATE, ZIP CODE:** Sacramento, CA 95816
**MAILING ADDRESS (IF DIFFERENT):** n/a
**E-MAIL ADDRESS:** JLINDER@SMITH.EDU  ~~unknown~~

**HOME PHONE:** (916) 444-5604
**CELLULAR PHONE:** (916) 765-5484
**PAGER:** n/a
**PERSONS LIVING WITH YOU:** None
**DID YOU MOVE DURING THIS MONTH?** [ ] YES [X] NO  IF YES, DATE MOVED:
**REASON FOR MOVING:** n/a

### PART B: EMPLOYMENT (IF UNEMPLOYED, LIST SOURCE OF SUPPORT UNDER PART D.)

**COMPANY:** n/a
**STREET ADDRESS, SUITE NUMBER:**
**CITY, STATE, ZIP CODE:**
**COUNTY:**
**START DATE:**    **END DATE:**
**REGULAR WORK HOURS:**
**STATUS:** [ ] FULL TIME [ ] PART TIME [ ] SELF-EMPLOYED   **HOURS PER WEEK:**
**SALARY:** $
**SALARY TYPE:** [ ] DAILY [ ] WEEKLY [ ] BI-MONTHLY [ ] MONTHLY [ ] OTHER

**OCCUPATION:**
**YOUR JOB TITLE:**
**SPECIAL SKILLS:**
**REASON FOR LEAVING:**
**CAN RETURN TO JOB?**
**SUPERVISOR:**
**TITLE:**
**PHONE:**  **FAX:**  **PAGER:**
**EMPLOYER KNOWS ABOUT CONVICTION:** [ ] YES [ ] NO
**EMPLOYER CAN BE CONTACTED:** [ ] YES [ ] NO

### PART C: VEHICLES (LIST ALL VEHICLES OWNED OR DRIVEN BY YOU.)

1. **YEAR/MAKE/MODEL/COLOR:** 2004/Hyundai/xg3501/gray  **MILEAGE:** 13,800  **TAG NUMBER:** 5LSP414  **OWNER:** self  **VEHICLE I.D. #:** KMHFU45e94A361836
2. **YEAR/MAKE/MODEL/COLOR:** n/a

### PART D: MONTHLY FINANCIAL STATEMENT

**NET EARNINGS FROM EMPLOYMENT (ATTACH PROOF OF EARNINGS):** $2600.00  880.00
**OTHER CASH INFLOWS:** n/a  3,480.00
**TOTAL MONTHLY CASH INFLOWS:** ~~$2,600.00~~
**TOTAL MONTHLY CASH OUTFLOWS:** variable

**DO YOU RENT OR HAVE ACCESS TO:** A STORAGE SPACE? [ ] YES [XX] NO
A POST OFFICE BOX? [X] YES [ ] NO   A SAFE DEPOSIT BOX? [ ] YES [XX] NO
**NAME AND ADDRESS OF LOCATION:** ~~Fort Sutter USPS, Alhambra and P,~~  **BOX NO. OR SPACE:** #163313

**DO YOU HAVE CHECKING ACCOUNT(S)?** [XX] YES [ ] NO
**BANK NAME:** Golden 1 Credit Union
**ACCOUNT NO.:** 321175261-0001272276  **BALANCE:**

**DO YOU HAVE SAVINGS ACCOUNT(S)?** [XX] YES [ ] NO
**BANK NAME:** Golden 1 Credit Union
**ACCOUNT NO.:** 321175261-00012...  **BALANCE:**

**DOES YOUR SPOUSE, SIGNIFICANT OTHER, OR DEPENDENT HAVE A CHECKING OR SAVINGS ACCOUNT THAT YOU ENJOY THE BENEFITS OF OR MAKE OCCASIONAL CONTRIBUTIONS TOWARD?** [ ] YES [ ] NO
**BANK NAME:** n/a
**ACCOUNT NO.:**  **BALANCE:**

**LIST ALL EXPENDITURES OVER $500:**

| DATE | AMOUNT | METHOD OF PAYMENT | DESCRIPTION OF ITEM |
|---|---|---|---|
| 11/19/2015 | $3300.79 | CHECK | PROPERTY TAXES |

Rev. 06/2015

Case 2:11-cr-00147-MCE   Document 129-5   Filed 08/03/18   Page 3 of 11

# PAROLEE MONTHLY REPORT FORM (cont.)

| | |
|---|---|
| WERE YOU QUESTIONED BY ANY LAW ENFORCEMENT OFFICERS?<br>[ ] YES  [X] NO<br>IF YES, DATE:<br>AGENCY:<br>REASON: | WERE YOU ARRESTED OR NAMED AS A DEFENDANT IN ANY CRIMINAL CASE?<br>[ ] YES  [X] NO<br>IF YES, WHEN AND WHERE?<br>CHARGES:<br>DISPOSITION:<br>(ATTACH COPY OF CITATION, RECEIPT, CHARGES, DISPOSITION, ETC.) |
| WERE ANY PENDING CHARGES DISPOSED OF DURING THE MONTH?<br>[ ] YES  [X] NO<br>IF YES, DATE:<br>COURT:<br>DISPOSITION: | WAS ANYONE IN YOUR HOUSEHOLD ARRESTED OR QUESTIONED BY LAW ENFORCEMENT?<br>[ ] YES  [X] NO<br>IF YES, WHOM?<br>REASON:<br>DISPOSITION: |
| DO YOU HAVE ANY CONTACT WITH ANYONE HAVING A CRIMINAL RECORD?<br>[X] YES  [ ] NO<br>IF YES, WHOM? GARY, AT CHURCH (Don't know his last name - contact was 2 minutes) | DO YOU POSSESS OR HAVE ACCESS TO A FIREARM?<br>[ ] YES  [XX] NO<br>IF YES, WHY? |
| DID YOU POSSESS OR USE ANY ILLEGAL DRUGS?<br>[ ] YES  [X] NO<br>IF YES, TYPE OF DRUG: | DID YOU TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION?<br>[ ] YES  [X] NO<br>IF YES, WHEN AND WHERE? |
| DO YOU HAVE A SPECIAL ASSESSMENT, RESTITUTION, OR FINE?   [ ] YES [XX] NO    IF YES, LIST AMOUNT PAID DURING THE MONTH: ||
| SPECIAL ASSESSMENT:           RESTITUTION:            FINE: ||
| NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY ||
| DO YOU HAVE COMMUNITY SERVICE WORK TO PERFORM?<br>[ ] YES  [XX] NO<br>NUMBER OF HOURS COMPLETED THIS MONTH:<br>NUMBER OF HOURS MISSED:<br>BALANCE OF HOURS REMAINING: | DO YOU HAVE DRUG, ALCOHOL, OR MENTAL HEALTH AFTERCARE?<br>[X] YES  [ ] NO<br>IF YES, DID YOU MISS ANY SESSIONS DURING THIS MONTH?<br>[ ] YES  [X] NO<br>DID YOU FAIL TO RESPOND TO PHONE RECORDER INSTRUCTIONS?<br>[ ] YES  [X] NO<br>IF YES, WHY? |
| **WARNING: ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.**<br>(18 U.S.C. § 1001) | I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.<br>SIGNATURE _[signed]_  DATE 12-3-2015 |
| **RECEIVED:**<br>[ ] MAIL    [ ] OFFICE CONTACT (OC)<br>[ ] HOME CONTACT (HC)   [ ] COMMUNITY CONTACT (CC)<br>REMARKS: | CHECK BOX IF ADDITIONAL FORMS ARE NEEDED:<br>[ ] MONTHLY SUPERVISION FORM<br>[ ] TRAVEL APPLICATION FORM<br>[ ] PAYMENT COUPON<br>RETURN FORM TO: |
| U.S. PROBATION OFFICER          DATE | |

FORMS AVAILABLE AT WWW.CAEP.USCOURTS.GOV

Rev. 06/2015
MSR - MSR (PROB8)(ED. CA) DOTY

Case 2:11-cr-00147-MCE   Document 129-5   Filed 08/03/18   Page 5 of 11

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

ATTN: USPO  RP

NAME: John Francis Linder

MONTH OF: NOVEMBER 2015

| # | Question | Response |
|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable?  Last time you reported to the SO registration authority: 7/2015  Location: N. 7TH STREET, SACRAMENTO. | ☒ YES  ☐ NO  ☐ NA |
| 2 | Have you slept anywhere other than your reported residence?  If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances: | ☐ YES  ☒ NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☐ YES  ☒ NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider?  If yes, provide dates and names: | ☐ YES  ☒ NO |
| 5 | Have you consumed any alcohol? I AM PERMITTED ETOH, PER MY TERMS + CONDITIONS. | ☒ YES  ☐ NO |

Page 1 of 4

REV. 04/2014
MSR ~ SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder

MONTH OF: November 2015

| # | Question | Answer |
|---|---|---|
| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? If yes, list your user names and passwords for these accounts: JLINARE @ SMITH.EDU  cUs1499202! ('=' = CAPITAL/UPPER CASE) | ☒ YES ☐ NO |
| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? To manage my finances as in prior reports + during matriculation. | ☒ YES ☐ NO |
| 8 | Do you have internet access at your employment? N/A Name of Supervisor: Phone: Not employed. | ☐ YES ☐ NO |
| 9 | Have you viewed any pornography? Per terms & conditions, I have permission to view adult pornography. | ☒ YES ☐ NO |
| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related telephone services? | ☒ YES ☐ NO |
| 11 | Have you taken any medication since your last monthly report? If yes, please provide name of medication, prescribing physician, reason for taking: Dr. Terry for all meds: Wellbutrin, 300 mg BID, depression Elavil, 30 mg QHS, insomnia Omeprazole, 20 mg, QHS, GERD (reflux) Metformin, 500 mg, BID, pre-diabetes Terbinafine, 250 mg, QD, fungal infection. | ☒ YES ☐ NO |

## SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder      MONTH OF: NOVEMBER 2015

| 12 | Have you entered into our maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES ☒ NO |
|---|---|---|
| | If yes, please list this person's name and date of birth? | |
| | Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded? | N/A |
| | Does the person have children? | ☐ YES ☐ NO |
| | If yes, do those children have contact with this person? | ☐ YES ☐ NO |
| 13 | Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report.<br><br>○ I have had NO sexual thoughts or interests<br>○ I seldom had any sexual thoughts or interests<br>● I often had sexual thoughts, but I manage them adequately<br>○ I have had sexual thoughts that sometimes interfere with getting things done<br>○ I have been thinking about sex too much and I need to get it under control<br>○ I have been thinking about sex constantly and I need help to regain control | |
| 14 | What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom?<br>Lunches + dinners w/ friends at various local eateries & various family + friends' homes. A party to thank those who supported me emotionally and/or visited me at Lompoc (about 30-35 attendees, family included; hosted by family members and several others). For pre-Thanksgiving + Thanksgiving activities, Day walk to feed the hungry, went on numerous walks around Sacramento & family + friends. | |

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

**NAME:** John Francis Linder           **MONTH OF:** November 2015

| 15 | Who are the important people in your life? List: Suerles, Kaiyn + AJ., Ken + Darrell, Family (sibs Cathy, Anne, Tom, Henry; nephews Michael and Brad) Anne M, Doug + Ralph Rickers (x2) at church, Bros, Arnie, Hency from SFO, Ed and Norman, Pat + Gail, Patrick and Sta, Ed + Warren, Rick + Carol, Dale + Marge, Marilyn, Saul, Gary, Rose, Armando + Jeff, Jessia + Brian, Luther + Jeanne-Marie, Carol + Linda, John, Nancy Anne + Alex, Terry, Ellen + Stan, Kevin + Tony, Stan + Nancy. |
|----|---|

## WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

**SIGNATURE:**

_John F Linder_                         **DATE:** 12-3-2015
Completed by (Defendant/Offender)

Reviewed by:

_____         **DATE:** _____
(USPSO or USPO)

(ED/CA)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

# SEX OFFENDER QUESTIONNAIRE

**NAME:** John F. Linder        **DATE:** 12/3/2015

| # | Question | Answer |
|---|----------|--------|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ☐ Yes  ☒ No |
| 2. | Has someone else accessed the Internet on your behalf? If yes, for what purpose? *(state purpose in space below)* MANAGING MY FINANCES, PRIOR TO MY HAVING COMPUTER ACCESS, WHICH I RECEIVED THIS MONTH. | ☒ Yes  ☐ No |
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ☐ Yes  ☒ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ☐ Yes  ☒ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ☐ Yes  ☒ No |
| 6. | Have you frequented places where children congregate? | ☐ Yes  ☒ No |
| 7. | Have you viewed pornography during your supervision term? | ☒ Yes  ☐ No |
| 8. | Have you entered into a significant relationship during your supervision term? If yes, please answer questions 8a through 8c. | ☐ Yes  ☒ No |
| 8a. | Does your significant other have children?  N/A   If yes, answer 8b. | ☐ Yes  ☐ No |
| 8b. | Do the children reside with your significant other?  N/A | ☐ Yes  ☐ No |
| 8c. | Does your significant other have access to the Internet?  N/A | ☐ Yes  ☐ No |
| 8d. | Is your significant other aware of your conviction?  N/A | ☐ Yes  ☐ No |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address?  N/A  I AM REGISTERED AT MY CURRENT ADDRESS, BUT I DON'T HAVE A PRIOR CONVICTION. | ☐ Yes  ☐ No |
| 10. | If applicable, have you paid your monthly computer monitoring fees? | ☒ Yes  ☐ No |

Rev. 05/2014
SEX OFFENDER QUESTIONNAIRE.DOTX