Exhibit 6

ATTN: USPO GLENN P. SMITH

Please print name of your assigned officer on envelope

## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH DECEMBER, 2015

**Name:** JOHN LINDER

**Court Name (if different):** N/A

### PART A: RESIDENCE (If new address, attach copy of lease/purchase agreement.)

**Street Address, Apt Number:** 1320 25TH ST   **Own** or Rent?

**City, State, Zip Code:** SACRAMENTO, CA 95816

**Home Phone:** 916-444-5604   **Cellular Phone:** 916-765-5434   Pager:—

**Persons Living With You:** N/A

**Mailing Address (if different):** N/A

**E-Mail Address:** JLINDER@SMITH.EDU

**Did you move during this month?** ( ) YES  (X) NO

**If yes, date moved:** N/A   **Reason for Moving:**

### PART B: EMPLOYMENT (If unemployed, list source of support under Part D.)

**Company:** N/A

**Address:**   **Zip:**

**County:**

**Start Date:**

**End Date:**

**Status (Full/part-time/self employed):**   **Hours per week:**

**Salary:** $

**Salary Type (How often paid: Daily/Weekly/Bi-Monthly/Monthly/Other):**

**Occupation:** N/A

**Your Job Title:**

**Special Skills:**

**Regular Work Hours (e.g., 7 a.m. to 3 p.m.; 8 a.m. to 5 p.m., etc.):**

**Reason for Leaving:**

**Can Return to Job?**

**Supervisor:**
**Title:**
**Phone:**   **Fax:**   **Pager:**

**Employer knows about conviction:** ( ) YES  ( ) NO
**Employer can be contacted:** ( ) YES  ( ) NO

### PART C: VEHICLES (List all vehicles owned or driven by you.)

1. **Year/Make/Model/Color:** 2004 / HYUNDAI / XG350L / GRAY   **Mileage:** 14,500   **Tag Number:** 5CSA414   **Owner:** SELF   **Vehicle I.D.#:** KMHFU45E94A361836

2. **Year/Make/Model/Color:** N/A   **Mileage:**   **Tag Number:**   **Vehicle I.D.#:**   **Owner:**

### PART D: MONTHLY FINANCIAL STATEMENT

**Net Earnings from Employment:** 3400.00 (2600 - RETIREMENT, 800 - IRA)
(Attach Proof of Earnings)

**Other Cash Inflows:** N/A

**TOTAL MONTHLY CASH INFLOWS:** 3400.00

**TOTAL MONTHLY CASH OUTFLOWS:** VARIABLE

**Do you rent or have access to:**
- A storage space? ( ) YES (X) NO
- A post office box? (X) YES ( ) NO
- A safe deposit box? ( ) YES (X) NO

**Name and Address of Location:** ALHAMBRA U.S.A.O., ALHAMBRA BETWEEN "P" + "Q"   **Box No. or Space:** 163313

**Do you have checking?** (X) YES ( ) NO
**Bank Name:** GOLDEN 1 C.U.
**Account:** 000127276   **Balance:** 3400.00

**Do you have savings account(s)?** (X) YES ( ) NO
**Bank Name:** ABOVE
**Account:**   **Balance:** 1500.00

Attach a complete listing of all other financial account information. If you have multiple accounts.

**Does your spouse, significant other, or dependant have a checking or savings account that you enjoy the benefits of or make occasional contributions toward?**
( ) YES ( ) NO   N/A

**Bank Name:**
**Account No.:**   **Balance:**

List all expenditures over $500 (including e.g., goods, services, or gambling losses)

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| 12/2/2015 | 3317.97 | CHECK | PROPERTY TAXES |
| 12/24/2015 | 4073.19 | WIRE TRANSFER | ESCROW + REFINANCING FEES |
| 12/31/2015 | 640.04 | CREDIT CARD - 533.00 / DEBIT CARD - 100.00 | CAR TUNE-UP |

## PART E: COMPLIANCE WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH

Were you questioned by any law enforcement officers?
( ) YES  (X) NO
If yes, date: _____
Agency: _____
Reason: _____

Were you arrested or named as a defendant in any criminal case?
( ) YES  (X) NO
If yes, when and where: _____
Charges: _____
Disposition: _____
(Attach copy of citation, receipt, charges, disposition, etc.)

Were any pending charges disposed of during the month?
( ) YES  (X) NO
If yes, date: _____
Court: _____
Disposition: _____

Was anyone in your household arrested or questioned by law enforcement?
( ) YES  (X) NO
If yes, whom? _____
Reason: _____
Disposition: _____

Do you have any contact with anyone having a criminal record?
(X) YES  ( ) NO
If yes, whom? GARY, AT CHURCH, LAST NAME UNK.

Do you possess or have access to a firearm?
( ) YES  (X) NO
If yes, why? _____

Did you possess or use any illegal drugs?
( ) YES  (X) NO
If yes, type of drug: _____

Did you travel outside the district without permission?
( ) YES  (X) NO
If yes, when and where? _____

Do you have a special assessment, restitution, or fine?  ( ) YES  (X) NO
If yes, amount paid during the month:
Special Assessment: _____  Restitution: _____  Fine: _____

NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY

Do you have community service work to perform?
( ) YES  (X) NO
Number of hours completed this month: _____
Number of hours missed: _____
Balance of hours remaining: _____

Do you have drug, alcohol, or mental health aftercare?
(X) YES  ( ) NO
If yes, did you miss any sessions during this month?
( ) YES  (X) NO
Did you fail to respond to phone recorder instructions?
( ) YES  (X) NO
If yes, why? _____

WARNING: ANY FALSE STATEMENT MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.
(18 U.S.C. § 1001)

CHECK BOX IF ADDITIONAL FORMS NEEDED:
( ) Monthly Supervision Form
( ) Travel Application Form
( ) Payment Coupon

REMARKS:

U.S. Probation Officer _____ Date _____

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.

Signature _____ Date _____

RECEIVED:
_____ Mail    _____ OC
_____ HC      _____ CC

RETURN TO:

Forms available at www.caep.uscourts.gov.

Rev. 05/2006
MSR ~ MSR (PROB8).WPD

Case 2:11-cr-00147-MCE   Document 129-6   Filed 08/03/18   Page 5 of 15

(ED/CA)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

# Sex Offender Questionnaire

**Name:** John F. Linder   **Date:** 1/4/2016 FOR DECEMBER 2015

| # | Question | Answer |
|---|---|---|
| 1. | Have you accessed the Internet on an unmonitored/unapproved computer or Internet capable device during your supervision term? | ○ Yes  ☒ No |
| 2. | Has someone else accessed the Internet on your behalf? If yes, for what purpose? *(state purpose in space below)* | ○ Yes  ☒ No |
| 3. | Have you had unapproved contact with a minor(s) during your supervision term? | ○ Yes  ☒ No |
| 4. | Have you been alone with any minor(s) during your supervision term? | ○ Yes  ☒ No |
| 5. | Have you frequented sex shops, adult video/bookstores, or topless bars during your supervision term? | ○ Yes  ☒ No |
| 6. | Have you frequented places where children congregate? | ○ Yes  ☒ No |
| 7. | Have you viewed pornography during your supervision term? SEE TERMS & CONDITIONS | ☒ Yes  ○ No |
| 8. | Have you entered into a significant relationship during your supervision term? If yes, please answer questions 8a through 8c. | ○ Yes  ☒ No |
| 8a. | Does your significant other have children? If yes, answer 8b.  N/A | ○ Yes  ○ No |
| 8b. | Do the children reside with your significant other?  N/A | ○ Yes  ○ No |
| 8c. | Does your significant other have access to the Internet?  N/A | ○ Yes  ○ No |
| 8d. | Is your significant other aware of your conviction?  N/A | ○ Yes  ○ No |
| 9. | If you have a prior conviction which requires sex offender registration, are you registered at your current address? I AM REGISTERED AT MY ADDRESS FOR CURRENT CONVICTION; NO PRIORS | ○ Yes  ○ No |
| 10. | If applicable, have you paid your monthly computer monitoring fees? | ☒ Yes  ○ No |

Rev. 05/2014
SEX OFFENDER QUESTIONNAIRE.DOTX

CA-E Form – US Probation Office

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
# FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

ATTN: USPO ~~RP~~ GLENN Simon

NAME: John Francis Linder   MONTH OF: DECEMBER 2015

| # | Question | Answer |
|---|---|---|
| 1 | Have you complied with sex offender registration procedures, if applicable?  Last time you reported to the SO registration authority: Location: JULY 2015 | ☒ YES  ☐ NO  ☐ NA |
| 2 | Have you slept anywhere other than your reported residence?  If yes, list the address, name and ages (dates of birth), of all the other occupants of that residence and explain the circumstances: | ☐ YES  ☒ NO |
| 3 | Have you been at or gone to any location where you viewed, were near and or spoke to, anyone who was and/or appeared to be 18 years of age or younger, that you have not reported to your officer and treatment provider? | ☐ YES  ☒ NO |
| 4 | Have you been alone with anyone 18 years of age of younger, that you have not reported to the officer and treatment provider?  If yes, provide dates and names: | ☐ YES  ☒ NO |
| 5 | Have you consumed any alcohol? SEE TERMS & CONDITIONS | ☒ YES  ☐ NO |

Page 1 of 4

REV. 04/2014
MSR ~ SUPPLEMENTAL MSR (SEX OFFENSES).DOTX

Case 2:11-cr-00147-MCE   Document 129-6   Filed 08/03/18   Page 9 of 15

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder          MONTH OF: DECEMBER 2015

| 6 | Have you maintained or created, an email address, Facebook, MySpace, Twitter or any other social network account? | ☒ YES ☐ NO |
|---|---|---|

If yes, list your user names and passwords for these accounts:
JLINDER @ SMITH.EDU   P/W cU51499202!
(THE "U" IS UPPER CASE.)

| 7 | Have you had any unauthorized access to the internet and/or has someone else accessed the internet on your behalf? | ☐ YES ☒ NO |
|---|---|---|
| 8 | Do you have internet access at your employment? Name of Supervisor: Phone:     N/A | ☐ YES ☐ NO |
| 9 | Have you viewed any pornography?   SEE Terms & Conditions | ☒ YES ☐ NO |
| 10 | Have you entered any adult sex shops, adult video/bookstores, massage parlors, topless or nude bars and/or clubs, or used any sexually related telephone services? | ☒ YES ☐ NO |
| 11 | Have you taken any medication since your last monthly report? | ☒ YES ☐ NO |

If yes, please provide name of medication, prescribing physician, reason for taking: DR. TENNER: WELLBUTRIN 300mg BID; OMEPRAZOLE 20mg QHS; ELAVIL 30-40mg QHS; METFORMIN 500mg BID.
DR. TANGHETTI: (ALL TOPICAL E VARIABLE APPLICATION INSTRUCTIONS) KETACONAZOL 2%; BETAMETHASONE (LOTION) DIPROPIONATE 0.05%; HYDROCORTISONE CREAM 2.5%; BETAMETHASONE DP 0.05% (CREAM).

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder          MONTH OF: December 2015

| | | |
|---|---|---|
| 12 | Have you entered into our maintained an intimate relationship since you completed your last Monthly Supervision Report? | ☐ YES  ☒ NO |
| | If yes, please list this person's name and date of birth? | |
| | Specifically, what have you told this person thus far about your criminal and/or sexual history and how have they responded?  N/A | |
| | Does the person have children? | ☐ YES  ☐ NO |
| | If yes, do those children have contact with this person? | ☐ YES  ☐ NO |
| 13 | Read all the choices below and **select the ONE** that best describes your thoughts about sexual activity since you completed your last Monthly Supervision Report.  ○ I have had NO sexual thoughts or interests  ○ I seldom had any sexual thoughts or interests  ☒ I often had sexual thoughts, but I manage them adequately  ○ I have had sexual thoughts that sometimes interfere with getting things done  ○ I have been thinking about sex too much and I need to get it under control  ○ I have been thinking about sex constantly and I need help to regain control | |
| 14 | What did you do for fun and/or relaxation since you completed your last monthly supervision report? Explain where and with whom?  TRIP TO SF/NAPA WINE CO SISTER + BROTHER-IN-LAW, NUMEROUS DINNERS BOTH AT MY HOUSE + OTHERS' HOMES, MEALS OUT C FAMILY + FRIENDS, PLAYING CARDS C FAMILY + FRIENDS, YARD WORK, WEDNESDAY EVENING TAIZE PRAYER, MORNING WALKS, COOKING, VARIOUS PUBLIC CHRISTMAS CONCERTS + EVENTS. | |

Page 3 of 4

CA-E Form – US Probation Office

# SUPPLEMENTAL MONTHLY SUPERVISION REPORT
## FOR PERSONS CHARGED WITH OR CONVICTED OF SEX OFFENSES

NAME: John Francis Linder      MONTH OF: December 2015

| 15 | Who are the important people in your life? List: 2 sisters and their husbands, 2 brothers, 2 nephews, Ken + Wendell, Bruce, Jeff + Armando, Jesse + Brian, Carol + Linda, Diane and Rose, Kevin and Jory, Dick, Hunter in SFO, Keith + AJ in Toronto, Leslie and Sue, and Susan and Nancy, both couples in Madison WI, Steve in Washington, D.C., David + Stacey in Long Beach, Margaret Ann, David and Laurie, Chuck + Shannon, Joan and Dan, Mary Ann and Alex, Dick, Gus, Arnie and Sonia, Jim Sure I'm forgetting (Ellen and Stan, for instance). |

## WARNING

Any false statement may result in revocation of supervision and up to 5 years prison, a $250,000 fine, or both. 18 U.S.C. § 1001.

My signature below affirms all the information I have provided in response to these questions is true and correct.

SIGNATURE:

_[signed] John F. Linder_      DATE: 1/4/2016

Completed by (Defendant/Offender)

Reviewed by:

_____      DATE: _____
(USPSO or USPO)

REV. 04/2014
MSR ~ SUPPLEMENTAL MSR (SEX OFFENSES).DOTX