Exhibit 7



John Linder <jlinder@smith.edu>

## Transparency
2 messages

**John Linder** <jlinder@smith.edu>                       Sun, Oct 16, 2016 at 2:11 PM
To: Glenn Simon <glenn_simon@caep.uscourts.gov>

Mr. Simon,

I am sending this in the interest of transparency, hopefully reinforcing my commitment to being forthright with you.

It is Sunday, early afternoon, raining pretty steadily out. I had some friends over last evening for dinner and a movie, and while closing down the computer at 11:30 or thereabouts after cleaning up, I checked one of the two dating sites where I have had conversations with a couple of people, though no actual meetings have resulted. The site administrators had posted a general notice to visit their new 'gallery', the term they have traditionally used for the collection of members, as in "members' gallery". So I clicked on it, and it came up with a consent page for adult content, as in "This gallery contains some adult content; do you accept proceeding to that page". As quickly as I determined what was being offered I clicked "I decline" and it signed me out of the site. There was no adult content displayed, nor is that what I was expecting. While only verified adults can be on this dating website anyway, they have not had adult content in the past.

I don't know what will qualify as an XXX site with the computer monitoring folks, so I am letting you know the details of this on my own. If it doesn't show up on your report, then you will know I'm not kidding about toeing the line and being transparent. If it does, you will know that I advised you ahead of time, and you will have this written confirmation that I was not seeking adult content and disconnected immediately. I do know that the monitoring criteria in the past has had some glitches. While on pretrial, I had to stop using the CBS Marketwatch financial website because it kept coming up as an XXX site. We finally figured out what was causing the alert; if you don't see it, I'll gladly explain when I see you.

Anyway, I intend to keep you fully informed voluntarily, and hopefully a few seconds on an unintended consent page devoid of adult content won't bring you and a team of your colleagues to my door, though of course I understand that you have the right to do as you deem necessary.

Neither of these e-mails requires an e-mail response; we can talk about whatever we need to when I see you in person at the house.

--
John Linder, Ph.D.
jlinder@smith.edu
916-765-5484 (c)
916-444-5604 (h)

**John Linder** <jlinder@smith.edu>                       Tue, Apr 10, 2018 at 11:42 AM
To: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA 95816
jlinder@smith.edu
916-765-5484 (c)
[Quoted text hidden]