# Exhibit 8



John Linder &lt;jlinder@smith.edu&gt;

# Update

2 messages

---

**John Linder** &lt;jlinder@smith.edu&gt;          Tue, Feb 23, 2016 at 10:44 AM
To: Glenn Simon &lt;glenn_simon@caep.uscourts.gov&gt;

Good Morning, Mr. Simon,

You had asked that I update you as I set about loading files and programs onto my computer. Today I plan to copy files from the two external hard drives to the desktop computer you have seen in my office. We discussed these previously; Mr. Preap reviewed and returned them to me, which I believe he documented in my file. If you have any questions or concerns, please don't hesitate to contact me or stop by. And if you want to review any of these materials when you next make a home visit, just say the word.

No need to respond to this unless you want to.

Thank you.

--
John Linder, Ph.D.
jlinder@smith.edu
916-765-5484 (c)
916-444-5604 (h)

This email has been sent from a virus-free computer protected by Avast.
www.avast.com

---

**John Linder** &lt;jlinder@smith.edu&gt;          Tue, Apr 10, 2018 at 11:53 AM
To: Joseph Wiseman &lt;jjwiseman@wisemanlawcorp.com&gt;

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA 95816
jlinder@smith.edu
916-765-5484 (c)
[Quoted text hidden]



John Linder <jlinder@smith.edu>

# External Drive
2 messages

**John Linder** <jlinder@smith.edu>                                       Wed, Mar 30, 2016 at 7:47 PM
To: Glenn Simon <glenn_simon@caep.uscourts.gov>

Hi Mr. Simon,

My weekly report may record the presence of an external drive plugged in earlier this afternoon. I got a prompt from HP, my computer's maker, to create a recovery file, which has to be done on an external drive. So I plugged in one of the two external hard drives which the office has reviewed previously. Unfortunately, I was unable to create the recovery file, my warranty period having just expired, but that's what the scoop is on the external drive. If you want to review the drive when you are here or would like be to bring it along next Tuesday, just let me know.

Thank you,

--
John Linder, Ph.D.
jlinder@smith.edu
916-765-5484 (c)
916-444-5604 (h)

 This email has been sent from a virus-free computer protected by Avast.
www.avast.com

**John Linder** <jlinder@smith.edu>                                       Tue, Apr 10, 2018 at 11:51 AM
To: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)
[Quoted text hidden]

John Linder <jlinder@smith.edu>

## Computer update
2 messages

---

**John Linder** <jlinder@smith.edu>     Thu, Aug 4, 2016 at 9:11 AM
To: Glenn Simon <glenn_simon@caep.uscourts.gov>

Good Morning, Mr. Simon,

I wanted to let you know a couple of things computer-related.

1) This morning (Thursday, 8/4/2016) I transferred a bunch of photos from my camera to the computer. This will show up as "new hardware" on your regular report. A number of these will be attachments to e-mails I am sending later today from my "jlinder@smith.edu" account. The password on that account is cU51499202!    Feel free to look at those e-mails if you want to review those pictures. Also, I have not yet erased any photos from my camera, in case you would like to look at that (and/or the pictures file on my computer) to review these. If you like, I can bring the camera along on 8/8, next Monday for you to review.

2) Some time today I hope to create a recovery/back-up of the computer's hard drive; I have not done this since I got the computer, and need to make sure I have the ability to recover the computer and my files in case of any issue (virus, crash, etc.) This will also show up as "new hardware" on your report. I will be backing it up to one of the two external hard drives which were already reviewed by Mr. Preap when I first arrived at home. Again, you are welcome to review that at my house or your office.

I realize you don't need my permission to review any of this. I am simply informing you of computer issues which may raise concerns for you, as you and I discussed, so that you will know what to expect on future reports.

No need to respond to this; we can talk about any of it you want to when I see you Monday.

Thank you.
--
John Linder, Ph.D.
jlinder@smith.edu
916-765-5484 (c)
916-444-5604 (h)

---

**John Linder** <jlinder@smith.edu>     Tue, Apr 10, 2018 at 11:48 AM
To: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)
[Quoted text hidden]