Exhibit 9



John Linder <jlinder@smith.edu>

## Computer update
2 messages

---

**John Linder** <jlinder@smith.edu>                                                        Sat, Feb 3, 2018 at 3:03 PM
To: Gelareh Farahmand <Gelareh_Farahmand@caep.uscourts.gov>

Good Afternoon, Officer Farahmand,

I wanted to inform you that I purchased Quicken Professional and am installing it on the laptop, so I can manage the various bank accounts and print out financial reports. You may well be familiar with Quicken; it is one of the most common financial and banking management tools for use on personal computers. I already use Intuit Payroll and Mark had a Quickbooks account which I now oversee.

I also purchased 2 64GB flash drives to do periodic file backup on the computer. This means I don't have to use any cloud storage devices and can recover files if something should ever happen to the computer.

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA 95816
jlinder@smith.edu
916-765-5484 (c)

---

**John Linder** <jlinder@smith.edu>                                                       Wed, Feb 7, 2018 at 2:04 PM
To: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

Good Afternoon, Joseph,

Thanks for our meeting this morning.

Below is a forwarded copy of the e-mail I sent to Officer Farahmand. I bought the materials on Friday, February 2, 2018; you will note that the original date for my sending this e-mail to Officer Farahmand was the next day, Saturday, February 3, 2018.

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA 95816
jlinder@smith.edu
916-765-5484 (c)

[Quoted text hidden]