# Exhibit 10



John Linder <jlinder@smith.edu>

## A couple of requests
1 message

**John Linder** <jlinder@smith.edu>   Wed, Feb 14, 2018 at 11:00 AM
To: Gelareh Farahmand <Gelareh_Farahmand@caep.uscourts.gov>
Cc: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

Good Morning, Officer Farahmand,

I am writing to ask your permission to download some photos from my digital camera to the computer. The first batch of photos are to post with ads for an office in one building Trust and an office suite in another Trust building, both of which are vacant or will be shortly. Since these are primarily buildings with therapists in them, I will be advertising in the local Therapist Exchange Newsletter ( https://www.therapistexchange.com/ ) as well as on Craig's list. I have previously provided you with the account information for my Craig's list account; there is no e-mail associated with that account; e-mails are blind-forwarded to me at my Smith.edu account when someone responds to an ad. The listings are in the 'commercial real estate for rent' section.

The other batch of pictures are needed in order to obtain bids on 2 wrought iron security fences and 2 safety handrails. The fences are at the two buildings which have the vacancies mentioned above. The handrails are for my home. Some firms now do an initial bid based on pictures and descriptions of the jobs, which is why the pictures are needed.

All of the above (except the handrails for my home) are in order to fulfill my landlord and fiduciary responsibilites as Trustee, and help me to be a responsible landlord and steward of the Trust's resources.

I am also asking your permission to use Quicken to keep on top of the Trust checking accounts and my personal checking account. I have left it loaded on my computer but have not used it since Mr. Vidales asked my attorney to have me drop off the software, which I did last week. Being able to use that commercial software would be a great help as I prepare all the paperwork to get the 2017 tax returns for the 13 partnerships related to the trust completed by the March 15th deadline, as well as get things organized for preparing Mark's personal and business returns for 2017.

Thanks for taking a look at these requests when you get a chance.

Respectfully,

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)