# Exhibit 11

State of California
Employment Development Department
P.O. Box 989071
West Sacramento, CA  95798-9071

Re: Whisler and Associates, EIN # 68-0033380, account # 350-2344-9,
Letter IDs: L0761004832 & L1539187488 (copies of each attached)

September 25, 2017


Dear Employment Development Department Representative,

My name is John Linder.  I am the trustee for Mr. Mark Whisler, whose death certificate is attached.  I am also enclosing the certification of trust document which is notarized and appoints me successor trustee of The Mark Whisler Trust.

Mr. Whisler died on February 19, 2017; he died unexpectedly.

On this date, I spoke with a woman named 'Raeleen' having dialed the EDD office number at 855-866-2656.  She advised me that she would show Mr. Whisler as deceased and the business closed as of the end of the first quarter of 2017.  However, since I received a delinquency notice for the second quarter as well, I have completed those forms and included them as well.  Copies of both are attached.

She advised me that an amount of $92.25 was deposited through electronic funds transfer for the first quarter of 2017 for personal income tax (PIT).  At this time, I do not have any information to indicate why Mr. Whisler may have arranged for the deposit of those funds.  He reported no wages paid throughout 2016, and at this time I am not aware of any change in the first seven weeks of 2017 which would have triggered this PIT deposit.  I have not, however, filed the corporate income tax return for 2016 yet, and may discover relevant information in the course of preparing that return.

I do not have access to Mr. Whisler's computer, e-mail or phone, so any information contained on any of those devices is not available to assist in sorting this out.  Should I learn anything which would change any information recorded on the attached forms or report here, I will contact your office again.

Thank you, I appreciate your assistance with this matter.

Respectfully,



John F. Linder, Trustee
The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
(916) 765-5484

State of California
Franchise Tax Board
P.O. Box 942857
Sacramento, CA  94257-0511

September 20, 2017


Dear Franchise Tax Board Representative,

My name is John Linder.  I am the trustee for Mr. D. (Donald) Mark Whisler, whose death certificate is attached.  I am also enclosing the certification of trust document and the Federal EIN notification for The Mark Whisler Trust.

Mr. Whisler died on February 19, 2017; he died unexpectedly and honestly his trust/estate was left in less than ideal condition.

I have virtually no access to his computer, e-mail or phone, have no information regarding *Sacramento City Taxpayers' Rights,* and have no way to assess the account balances shown on the enclosed copy of your Annual Notice dated 09/07/2017.

I am writing to request that, under these circumstances, any actions regarding Corporation Number 2002210000 (*Sacramento City Taxpayers' Rights* ) be vacated and this account be permanently closed.  I am unaware of any pending collection actions regarding this matter.

Having known Mr. Whisler for more than 35 years, I would be very surprised if a matter regarding "taxable years 12/12 and 12/11" had not been resolved.  Mr. Whisler was, among other things, an Enrolled Agent (before the IRS) and tax preparation professional.  Since I have no way of determining the status of this claim or any actions Mr. Whisler may have taken to resolve this matter, I am asking that this and further action be suspended or cancelled.  If there is a formal process for making this appeal other than by letter, please advise me of the proper procedure or forms to file.

I hope you will give thoughtful consideration to this request.

I appreciate your assistance with this matter.

Respectfully,



John F. Linder, Trustee
The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
(916) 765-5484

Encl: 4 items (Annual notice from FTB, death certificate, Trust Certification, Trust Federal EIN)