# Exhibit 12



John Linder <jlinder@smith.edu>

## Different phone
2 messages

**John Linder** <jlinder@smith.edu>  Mon, Nov 27, 2017 at 1:44 PM
To: Gelareh Farahmand <Gelareh_Farahmand@caep.uscourts.gov>

Good Afternoon, Officer Farahmand,

I wanted to let you know I had to replace my AARP/Consumer Cellular flip phone for the current model. The sim card reader was failing on the old one after 2.5 years. I made no change in my service, so still no text and no data, just a different flip phone. You are welcome to look it over when I see you next.

If you need any additional information, just let me know.

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)
916-444-5604 (h)

---

**John Linder** <jlinder@smith.edu>  Tue, Apr 10, 2018 at 11:26 AM
To: Joseph Wiseman <jjwiseman@wisemanlawcorp.com>

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)

[Quoted text hidden]

John Linder <jlinder@smith.edu>

## phone update
1 message

**John Linder** <jlinder@smith.edu>                                      Tue, Jan 23, 2018 at 11:07 AM
To: Gelareh Farahmand <Gelareh_Farahmand@caep.uscourts.gov>

Good Morning, Officer Farahmand,

I just wanted to keep you up to date on my personal flip phone situation.

First, I have made no changes to my plan, so my cell phone does not have either text or internet service or capability.

The new phone I had told you about and showed to you is defective, and I will be returning it. I have to keep it until I can transfer all of my contacts; this phone currently is only capable of making emergency calls. The phone I bought to replace the defective phone won't accept all of my contacts and so is being replaced by Consumer Cellular. By next Monday or Tuesday, I should be back to a single phone, with all my contacts, capable of making all regular calls, that still won't have text or internet capability. At that point, I will be able to dispose of the two phones I currently have.

This is likely more information than you need, but I want to be sure you are aware of this ongoing matter.

John Linder, Ph.D.
Trustee, The Mark Whisler Trust
P.O. Box 160114
Sacramento, CA  95816
jlinder@smith.edu
916-765-5484 (c)