Exhibit 13



Exhibit 14



Exhibit 15



Exhibit 16



Exhibit 17



Exhibit 18



Exhibit 19



Exhibit 20



Exhibit 21



Exhibit 22



Exhibit 23



Exhibit 24



Exhibit 25



Exhibit 26



Exhibit 27



Exhibit 28